**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone  602.640.9000
Facsimile  602.640.9050

David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com

Attorneys for Honeywell Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | No. CV-10-01618-PHX-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANTS' DISCOVERY RESPONSES** |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan | |
| Defendants. | |

Defendants hereby give notice that on July 11, 2012, they served upon Plaintiff, by first-class U.S. Mail and electronic mail, Defendants' Responses and Objections to Plaintiff's First Set of Requests for Admissions, Defendants' Responses and Objections to Plaintiff's Fourth Set of Requests for Production, and Defendants' Objections to Plaintiff's Third Set of Interrogatories.

DATED this 12th day of July, 2012.

By: /s/ Dawn L. Dauphine
David B. Rosenbaum
Dawn L. Dauphine

4298869

OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

Howard Shapiro (admitted *pro hac vice*)
Kara L. Lincoln (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, Louisiana 70130-6146

Amy Covert (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036-8299

**Attorneys for Honeywell Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Andrina Hughes