1  **SCHLEIER LAW OFFICES, P.C.**
   **TOD F. SCHLEIER, ESQ.  #004612**
2  **BRADLEY H. SCHLEIER, ESQ.  #011696**
3  3101 N. Central Avenue, Suite 1090
   Phoenix, Arizona 85012
4  Telephone:  (602) 277-0157
   Facsimile:  (602) 230-9250
5  Email: tod@schleierlaw.com
6  Email: brad@schleierlaw.com

7  **SUSAN MARTIN (AZ#014226)**
8  **JENNIFER KROLL (AZ#019859)**
   **MARTIN & BONNETT, P.L.L.C.**
9  1850 N. Central Ave. Suite 2010
   Phoenix, Arizona 85004
10 Telephone: (602) 240-6900
11 smartin@martinbonnett.com
   jkroll@martinbonnett.com
12

13 Attorneys for Plaintiff

14                    IN THE UNITED STATES DISTRICT COURT

15                              DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.:  CV 10-01618-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | |
| Defendants. | |

1 | Plaintiff, by and through counsel undersigned, hereby notifies the Court that
2 | Plaintiff served Plaintiff's First Supplemental Disclosure Statement (Expert Disclosure)
3 | on Defendants on the 23rd day of July, 2012.
4 |
5 | Respectfully submitted this 23rd day of July, 2012.
6 |                                                         **MARTIN & BONNETT, P.L.L.C.**

By:  s/Jennifer Kroll
    Susan Martin
    Jennifer L. Kroll
    1850 N. Central Ave. Suite 2010
    Phoenix, AZ 85004
    (602) 240-6900

**SCHLEIER LAW OFFICES, P.C.**
TOD F. SCHLEIER, ESQ.
BRADLEY H. SCHLEIER, ESQ.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2012, I electronically filed the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794


Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036


s/ T. Mahabir

2