IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | ) |
| | ) Case No.: CV 10-01618-PHX-SRB |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | ) **ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNREDACTED VERSION OF THE DECLARATION OF JAMES E. HOLLAND JR UNDER SEAL** |
| Defendants. | ) |

The Court having considered Plaintiff's Motion to file the unredacted version of the Declaration of James E. Holland Jr under seal and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and the unredacted version of James E. Holland Jr. shall be filed under seal.

Dated this 14th day of August, 2012.

_____
Susan R. Bolton
United States District Judge