**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Email: brad@schleierlaw.com

**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue
Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900

SUSAN MARTIN, #014226
Email: smartin@martinbonnett.com
JENNIFER KROLL, #019859
Email: jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-1618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; and Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | **NOTICE OF DEPOSITION** |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO EXAMINED: **Susan Ford**

DATE AND TIME OF DEPOSITION: **October 2, 2012 at 9:00 a.m.**

PLACE OF DEPOSITION: **address to be determined**

DATED this  7th  day of September, 2012.

        SCHLEIER LAW OFFICES, P.C.

        By: s/ Bradley H. Schleier
           Bradley H. Schleier
           3101 North Central Ave., Suite 1090
           Phoenix, Arizona 85012

        MARTIN & BONNETT, P.L.L.C.

        By: s/ Jennifer L. Kroll
           Susan Martin
           Jennifer L. Kroll
           1850 North Central Ave., Suite 2010
           Phoenix, Arizona 85004

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7th 2012, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

1
2  Howard Shapiro
   Kara L. Lincoln
3  PROSKAUER ROSE LLP
   650 Poydras Street, Suite 1800
4  New Orleans, Louisiana 70130

5  David B. Rosenbaum
   Dawn L. Dauphine
6  OSBORN MALEDON, P.A.
7  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2794
8
   COPY mailed to:
9
10 Alliance Reporting Solutions
   2700 North Central Avenue, Suite 350
11 Phoenix, Arizona 85004

12

13 s/ Mary H. Portillo