**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
Email: brad@schleierlaw.com

**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue
Suite 2010
Phoenix, Arizona  85004
Telephone: (602) 240-6900

SUSAN MARTIN,  #014226
Email: smartin@martinbonnett.com
JENNIFER KROLL,  #019859
Email: jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-1618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; and Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | **NOTICE OF DEPOSITION** |
| Defendants. | |

1  YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of

2  the person named below will be taken upon oral examination at the time and place stated

3  below, before an officer authorized by law to administer oaths:

4

5  PERSON TO EXAMINED:  **Brian J. Marcotte**

6  DATE AND TIME OF DEPOSITION:     **October 4, 2012 at 9:00 a.m.**

7  PLACE OF DEPOSITION:  **Morristown, New Jersey**
                          **Address to be determined**

8

9  DATED this  7th  day of  September, 2012.

10                                      SCHLEIER LAW OFFICES, P.C.

11                                      By: s/ Bradley H. Schleier
                                            Bradley H. Schleier
12                                          3101 North Central Ave., Suite 1090
                                            Phoenix, Arizona 85012
13

14                                      MARTIN & BONNETT, P.L.L.C.

15                                      By: s/ Jennifer L. Kroll
                                            Susan Martin
16                                          Jennifer L. Kroll
                                            1850 North Central Ave., Suite 2010
17                                          Phoenix, Arizona 85004

18                                      Attorneys for Plaintiff

19
                              **CERTIFICATE OF SERVICE**
20   I hereby certify that on September 7th 2012, I electronically filed the foregoing
    **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which
21  shall send notification of the electronic filing to the following CM/ ECF registrants:

22
    Amy Covert
23  Russell L. Hirschhorn
    Myron D. Rumeld
24  PROSKAUER ROSE LLP
    Eleven Times Square
25  New York, New York 10036

1

2   Howard Shapiro
    Kara L. Lincoln
3   PROSKAUER ROSE LLP
    650 Poydras Street, Suite 1800
4   New Orleans, Louisiana 70130

5
    David B. Rosenbaum
6   Dawn L. Dauphine
    OSBORN MALEDON, P.A.
7   2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012-2794
8
    COPY mailed to:
9
10  Alliance Reporting Solutions
    2700 North Central Avenue, Suite 350
11  Phoenix, Arizona 85004

12

13  s/ Mary H. Portillo

14

15

16

17

18

19

20

21

22

23

24

25

-3-