1  **SCHLEIER LAW OFFICES, P.C.**
   3101 N. Central Avenue
2  Suite 1090
   Phoenix, Arizona 85012
3  Telephone: (602) 277-0157
   Facsimile: (602) 230-9250
4
   TOD F. SCHLEIER, ESQ.  #004612
5  Email: tod@schleierlaw.com
   BRADLEY H. SCHLEIER, ESQ.  #011696
6  Email: brad@schleierlaw.com

7  **MARTIN & BONNETT, P.L.L.C.**
   1850 N. Central Avenue
8  Suite 2010
   Phoenix, Arizona  85004
9  Telephone:  (602) 240-6900

10 SUSAN MARTIN,  #014226
   Email: smartin@martinbonnett.com
11 JENNIFER KROLL,  #019859
   Email: jkroll@martinbonnett.com

12 Attorneys for Plaintiff

13                   IN THE UNITED STATES DISTRICT COURT

14                              DISTRICT OF ARIZONA

15 | Thomas G. Frazier, a married man,          ) Case No.:  CV 10-1618-PHX-SRB
                                                )
16 |         Plaintiff,                         )
   | v.                                         )
17 |                                            )
   | Honeywell Pension and Savings Plan;        )
18 | Honeywell, Inc., a Delaware corporation;   ) **NOTICE OF DEPOSITION**
   | Honeywell Retirement Earnings Plan;        )
19 | Honeywell Secured Benefit Plan;  Bendix    )
   | Salaried Plan; King Radio Plan;  Plan      )
20 | Administrator for the Honeywell Pension and)
   | Savings Plan; Plan Administrator for the   )
21 | Honeywell Retirement Earnings Plan; Plan   )
   | Administrator for the Honeywell Secured    )
22 | Benefit Plan; and Plan Administrator for the )
   | Bendix Salaried Plan;  Plan Administrator for )
23 | the King Radio Plan,                       )
                                                )
24 |         Defendants.                        )
                                                )
25

                                        -1-

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO EXAMINED:  **Catherine McDonald**

DATE AND TIME OF DEPOSITION:    **October 5, 2012 at 9:00 a.m.**

PLACE OF DEPOSITION:  **Morristown, New Jersey**
                                         **Address to be determined**

DATED this  7th  day of  September, 2012.

          SCHLEIER LAW OFFICES, P.C.

          By: s/ Bradley H. Schleier
           Bradley H. Schleier
           3101 North Central Ave., Suite 1090
           Phoenix, Arizona 85012

          MARTIN & BONNETT, P.L.L.C.

          By: s/ Jennifer L. Kroll
           Susan Martin
           Jennifer L. Kroll
           1850 North Central Ave., Suite 2010
           Phoenix, Arizona 85004

          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September  7th  2012, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

1

2  Howard Shapiro
   Kara L. Lincoln
3  PROSKAUER ROSE LLP
   650 Poydras Street, Suite 1800
4  New Orleans, Louisiana 70130

5
   David B. Rosenbaum
6  Dawn L. Dauphine
   OSBORN MALEDON, P.A.
7  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2794
8
   COPY mailed to:
9
   Alliance Reporting Solutions
10 2700 North Central Avenue, Suite 350
11 Phoenix, Arizona 85004

12

13 s/ Mary H. Portillo

14

15

16

17

18

19

20

21

22

23

24

25