**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Email: brad@schleierlaw.com

**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue
Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900

SUSAN MARTIN, #014226
Email: smartin@martinbonnett.com
JENNIFER KROLL, #019859
Email: jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-1618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; and Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | **NOTICE OF DEPOSITION** |
| Defendants. | |

1  YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of

2  the person named below will be taken upon oral examination at the time and place stated

3  below, before an officer authorized by law to administer oaths:

PERSON TO EXAMINED:  **Joe Snethen**

DATE AND TIME OF DEPOSITION:     **October 3, 2012 at 9:00 a.m.**

PLACE OF DEPOSITION: **address to be determined**

DATED this  7th  day of  September, 2012.

SCHLEIER LAW OFFICES, P.C.

By: s/ Bradley H. Schleier
    Bradley H. Schleier
    3101 North Central Ave., Suite 1090
    Phoenix, Arizona 85012

MARTIN & BONNETT, P.L.L.C.

By: s/ Jennifer L. Kroll
    Susan Martin
    Jennifer L. Kroll
    1850 North Central Ave., Suite 2010
    Phoenix, Arizona 85004

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7th 2012, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

1
2  Howard Shapiro
   Kara L. Lincoln
3  PROSKAUER ROSE LLP
   650 Poydras Street, Suite 1800
4  New Orleans, Louisiana 70130

5
   David B. Rosenbaum
6  Dawn L. Dauphine
   OSBORN MALEDON, P.A.
7  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2794
8
   COPY mailed to:
9
10 Alliance Reporting Solutions
   2700 North Central Avenue, Suite 350
11 Phoenix, Arizona 85004

12

13 s/ Mary H. Portillo

14

15

16

17

18

19

20

21

22

23

24

25