David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793
Telephone:  (602) 640-9000
*drosenbaum@omlaw.com*
*ddauphine@omlaw.com*
Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | |
| Plaintiff, | Case No.: CV 10-01618-PHX-SRB |
| v. | |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan;  Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | **NOTICE OF DEPOSITION OF JAMES E. HOLLAND, JR.** |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, through their counsel, will take the deposition of James E. Holland, Jr. at the offices of PROSKAUER ROSE LLP, 1001 Pennsylvania Avenue, N.W., Suite 400 South, Washington, DC 20004-2533, on October 12, 2012, 2012 at 9:00 a.m. before a person authorized to administer oaths.  The deposition will be continued from day to day until completed or otherwise adjourned.  This examination shall be

recorded by stenographic means and will be videotaped.

DATED this 11th day of September, 2012.

    David B. Rosenbaum
    Dawn L. Dauphine
    OSBORN MALEDON, P.A.
    2929 North Central Avenue, 21st Floor
    Phoenix, AZ 85012-2793

    Myron D. Rumeld
    Amy Covert
    Russell L. Hirschhorn
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036-8299

    Howard Shapiro
    PROSKAUER ROSE LLP
    Poydras Center
    650 Poydras Street, Suite 1800
    New Orleans, LA 70130-6146

    **Attorneys for Defendants**

    By: s/Russell L. Hirschhorn

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2012, the attached **NOTICE OF DEPOSITION OF JAMES E. HOLLAND, JR.** was served upon counsel for Plaintiff via electronic mail and first class mail.

By: s/Russell L. Hirschhorn