**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
Email: brad@schleierlaw.com

**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue
Suite 2010
Phoenix, Arizona  85004
Telephone:  (602) 240-6900

SUSAN MARTIN,  #014226
Email: smartin@martinbonnett.com
JENNIFER KROLL,  #019859
Email: jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.:  CV 10-1618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan;  Bendix Salaried Plan; King Radio Plan;  Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; and Plan Administrator for the Bendix Salaried Plan;  Plan Administrator for the King Radio Plan, | **AMENDED NOTICE OF DEPOSITION** |
| Defendants. | |

-1-

1   YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition

2   of the person named below will be taken upon oral examination at the time and place

3   stated below, before an officer authorized by law to administer oaths:

4

5   PERSON TO EXAMINED:          **Susan Ford**

6   DATE AND TIME OF DEPOSITION:   **October 2, 2012 at 10:00 a.m.**

7   PLACE OF DEPOSITION:         **Dearborn Boardroom**
                                **Embassy Suites Detroit Metro Airport**
8                               **8600 Wickham Road**
                                **Romulus, Michigan 48174**
9                               **(734) 728-9200**

10  DATED this _21st_ day of September, 2012.

11                                  SCHLEIER LAW OFFICES, P.C.

12                                  By: s/ Bradley H. Schleier
13                                      Bradley H. Schleier
14                                      3101 North Central Ave., Suite 1090
                                        Phoenix, Arizona 85012
15
                                    MARTIN & BONNETT, P.L.L.C.
16
                                    By: s/ Jennifer L. Kroll
17                                      Susan Martin
                                        Jennifer L. Kroll
18                                      1850 North Central Ave., Suite 2010
                                        Phoenix, Arizona 85004
19

20                                      Attorneys for Plaintiff

21

22

23

24

25

# CERTIFICATE OF SERVICE

I hereby certify that on September  21st  2012, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Howard Shapiro
Kara L. Lincoln
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

COPY emailed to:

Chapa & Giblin General Court Reporters
5510 Woodward Avenue
The Carriage House
Detroit, Michigan 48202
lee@chapagiblin.com


s/ Mary H. Portillo