1  **SCHLEIER LAW OFFICES, P.C.**
   3101 N. Central Avenue
2  Suite 1090
   Phoenix, Arizona 85012
3  Telephone:  (602) 277-0157
   Facsimile:  (602) 230-9250
4
   TOD F. SCHLEIER, ESQ.  #004612
5  Email: tod@schleierlaw.com
   BRADLEY H. SCHLEIER, ESQ.  #011696
6  Email: brad@schleierlaw.com

7  **MARTIN & BONNETT, P.L.L.C.**
   1850 N. Central Avenue
8  Suite 2010
   Phoenix, Arizona  85004
9  Telephone:  (602) 240-6900

10 SUSAN MARTIN,  #014226
   Email: smartin@martinbonnett.com
11 JENNIFER KROLL, #019859
   Email: jkroll@martinbonnett.com

12 Attorneys for Plaintiff

13              IN THE UNITED STATES DISTRICT COURT

14                     DISTRICT OF ARIZONA

15 | Thomas G. Frazier, a married man, | ) Case No.:  CV 10-1618-PHX-SRB
16 | Plaintiff, | )
17 | v. | )
18 | Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; and Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, | ) **AMENDED NOTICE OF DEPOSITION**
   | Defendants. | )

-1-

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO EXAMINED:		**Joe Snethen**

DATE AND TIME OF DEPOSITION:	**October 4, 2012 at 9:00 a.m.**

PLACE OF DEPOSITION:	**Sheraton Myrtle Beach Convention Center Hotel**
			**2101 North Oak Street**
			**Myrtle Beach, South Carolina 29577**
			**(843) 918-5000**

DATED this  21st  day of September, 2012.

        SCHLEIER LAW OFFICES, P.C.

        By: s/ Bradley H. Schleier
         Bradley H. Schleier
         3101 North Central Ave., Suite 1090
         Phoenix, Arizona 85012

        MARTIN & BONNETT, P.L.L.C.

        By: s/ Jennifer L. Kroll
         Susan Martin
         Jennifer L. Kroll
         1850 North Central Ave., Suite 2010
         Phoenix, Arizona 85004

         Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on September  21st  2012, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Howard Shapiro
Kara L. Lincoln
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

COPY emailed to:

Stenotype Reporting Service, LLC
392 Oak Moss Court
Murrells Inlet, South Carolina 29576
Stenotype1@aol.com


s/ Mary H. Portillo