David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com
Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrators for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan,<br><br>Defendants. | No. CV-10-01618-SRB<br><br>**DECLARATION OF CATHERINE MCDONALD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

CATHERINE MCDONALD hereby declares as follows:

1.  I am a current employee of Honeywell International Inc. ("Honeywell") and hold the title of Senior Benefit Plan and Data Analyst. In this position, which I have held since September 2007, and in prior positions, my primary responsibilities include, among other things, memorializing plan rules, reviewing plan documents and

summary plan descriptions to ensure consistency in the application of plan terms as they related to service calculations for plan participants.

2. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification and state the following based on my personal knowledge:

3. Attached hereto as Exhibit A, is a true and correct copy of a presentation I, along with others, prepared and gave to several hundred employees in Ft. Lauderdale, Florida who participated in the Salaried Employees Pension Plan of AlliedSignal, Inc. — "the Bendix Plan" (Bates-labeled D0006659-6687).

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 24, 2012.

_____
CATHERINE MCDONALD

Attorneys for Defendants
David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793

Myron D. Rumeld
Amy Covert
Russell L. Hirschhorn
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299

Howard Shapiro
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA  70130-6146

- 2 -