**OSBORN MALEDON**

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P O Box 36379
Phoenix, Arizona 85067-6379

Telephone  602.640.9000
Facsimile   602.640.9050

David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com
Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>          Plaintiff,<br><br>vs.<br><br>Honeywell Pension and Savings Plan;<br>Honeywell, Inc., a Delaware corporation;<br>Honeywell Retirement Earnings Plan;<br>Honeywell Secured Benefit Plan; Bendix<br>Salaried Plan; King Radio Plan; Plan<br>Administrator for the Honeywell Pension<br>and Savings Plan; Plan Administrator for<br>the Honeywell Retirement Earnings Plan;<br>Plan Administrators for the Honeywell<br>Secured Benefit Plan; Plan Administrator<br>for the Bendix Salaried Plan; Plan<br>Administrator for the King Radio Plan,<br><br>          Defendants. | No.  CV-10-01618-SRB<br><br>**DECLARATION OF LISA DOOLEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

LISA DOOLEY hereby declares as follows:

1.      I am employed by Honeywell International Inc.,[1] a Defendant in the above-captioned matter, as Assistant General Counsel – Benefits.

2.      I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification and state the

---
[1]      Incorrectly named in the Amended Complaint as "Honeywell, Inc."

1  following based on my personal knowledge acquired during the course of my
2  employment with Honeywell International Inc.:

3.  Attached hereto as Exhibit A is a true and correct copy of the Honeywell Retirement Earnings Plan Amended and Restated Effective January 1, 2010 (Bates-labeled D0002428 to D0002538).

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 19, 2012.

_____
LISA DOOLEY

Attorneys for Defendants
David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793

Myron D. Rumeld
Amy Covert
Russell L. Hirschhorn
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299

Howard Shapiro
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA  70130-6146