**OSBORN
MALEDON**

PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P O  Box 36379
Phoenix, Arizona  85067-6379

Telephone     602 640 9000
Facsimile     602 640 9050

1    David B. Rosenbaum, Atty. No. 009819
2    Dawn L. Dauphine, Atty. No. 010833
     OSBORN MALEDON, P.A.
3    2929 North Central Avenue, 21st Floor
     Phoenix, AZ  85012-2793
4    (602) 640-9000
     drosenbaum@omlaw.com
5    ddauphine@omlaw.com
     Attorneys for Defendants
6    (Additional counsel for Defendants appear on signature page)

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10   Thomas G. Frazier, a married man,           )
                                                 )
11                   Plaintiff,                   )
                                                 )
12   vs.                                          )    No.  CV-10-01618-SRB
                                                 )
13   Honeywell Pension and Savings Plan;         )
     Honeywell, Inc., a Delaware corporation;    )
14   Honeywell Retirement Earnings Plan;         )    **DECLARATION OF RUSSELL L.**
     Honeywell Secured Benefit Plan; Bendix      )    **HIRSCHHORN IN SUPPORT OF**
15   Salaried Plan; King Radio Plan; Plan        )    **DEFENDANTS' OPPOSITION TO**
     Administrator for the Honeywell Pension     )    **PLAINTIFF'S MOTION FOR**
16   and Savings Plan; Plan Administrator for    )    **CLASS CERTIFICATION**
     the Honeywell Retirement Earnings Plan;     )
17   Plan Administrators for the Honeywell       )
     Secured Benefit Plan; Plan Administrator    )
18   for the Bendix Salaried Plan; Plan          )
     Administrator for the King Radio Plan,      )
19                                                )
                     Defendants.                  )
20   _____         )

21        RUSSELL L. HIRSCHHORN hereby declares as follows:

22        1.      I am a Senior Counsel at Proskauer Rose LLP, counsel for Defendants
23
24   in the above-captioned matter.

25        2.      I submit this Declaration in support of Defendants' Opposition to
26
     Plaintiff's Motion for Class Certification and state the following based on my
27
28   personal knowledge acquired during the course of this action.

3.    Attached hereto as Exhibit A is a true and correct copy of the transcript pages from the deposition of Plaintiff Thomas Frazier, as cited in Defendants' Opposition to Plaintiff's Motion for Class Certification.

4.    Attached hereto as Exhibit B is a true and correct copy of TGF0375-394 (Deposition Exhibit 23), which are documents that have been produced by Plaintiff in this action.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  September 21, 2012.



_____
RUSSELL L. HIRSCHHORN


Attorneys for Defendants
David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793

Myron D. Rumeld
Amy Covert
Russell L. Hirschhorn
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299

Howard Shapiro
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA  70130-6146