# Exhibit B

Honeywell
101 Columbia Road
Morristown, NJ 07962

Dear Employee,

This package contains the information you need to choose the retirement plan in which you'll be enrolled while you're with Honeywell. This is an important choice, and a personal one, so I hope you'll give it the time and thought it deserves.

Maybe you're asking, "Why is the company giving employees this choice?" In everything we do—serving customers, developing new products, managing our internal processes—employees are encouraged to take charge and make the best possible decisions. Benefits are no different. In fact, it's critical that each of us, as employees, take charge of our lives and manage our financial resources, today and for the future.

Giving employees a choice of retirement plans is consistent with this philosophy. Our new Retirement Earnings Plan, which is already in place for employees who've joined us since January 1, 2000, is a competitive and contemporary plan. Together with the Honeywell Savings and Ownership Plan, it offers a starting point for building financial security in retirement. It also offers more flexibility than a traditional plan. So it is a terrific choice—for some people. For others, the current plan will be a better choice. The important point is, *you decide*.

In addition to the *Personal Retirement Choice Statement* and *Decision Guide* in this package, you have other resources to help you make your choice. You may be able to attend a *meeting* at your location to learn more and ask questions. These meetings will be led by an independent financial consultant from Ayco. There's also a new *website* that allows you to model the impact of your choice at different ages. Resources are listed in your *Decision Guide*.

Please keep in mind that you must make your choice by September 15, 2000. Your decision cannot be changed in the future—this is a "one-time" decision. So please, make your choice carefully.

Honeywell is proud to offer employees a competitive, forward-looking package of pay, benefits, learning and career opportunities. The opportunity to choose the retirement plan that's right for you is one more way we are delivering the greatest possible value to our greatest investment—our people.

Sincerely,

Donald J. Redlinger
Senior Vice President, Human Resources & Communications

Exhibit 23
Name Defendant's
Meri Coash 8-15-12

TGF0375





HONEYWELL RETIREMENT PROGRAMS

Retirement Choice

# Your Retirement Choice
# Decision Guide

## Is the New Program Right for You?

► Your Choice

► Comparing the Plans

► Making Your Decision

► Making Your Election



TGF0376

# The New Honeywell Retirement Program: an Opportunity and a Choice

The process of creating the new Honeywell is underway. Merging our employee programs, particularly our total compensation program, is an important part of this process.

You've already heard about the Honeywell Savings and Ownership Plan, which is a world-class 401(k) plan. But that's just one component of our retirement program.

Now we're introducing a new retirement plan, called the Retirement Earnings Plan (the "Plan"). It is designed to work with the Honeywell Savings and Ownership Plan to provide a strong foundation of financial security for the future.

Both your current plan and the new Retirement Earnings Plan are competitive, contemporary plans. They are both designed to work with the Honeywell Savings and Ownership Plan to offer a level of retirement income benefits that is on a par with the benefits provided by other major companies with which we compete for employees. And both plans offer attractive features like immediate payment of benefits and a lump sum payment option. But, depending on your personal situation, one plan may be more advantageous for you than the other. This is why Honeywell is offering employees the choice to stay with the current plan or to switch to the new Plan.

The new Retirement Earnings Plan is automatically in place for all new employees hired after December 31, 1999. But its features make it an attractive plan for many current employees as well. So, the company is extending the *opportunity* to join the new Retirement Earnings Plan to employees who are currently in a Honeywell retirement plan.

*This is just an option. You don't have to make a switch.* You can stay with your current plan and retiree medical insurances. You decide which plan is a better fit with your career plans, your financial goals and your service with Honeywell.

▶ The decision period begins on June 15 and ends on September 15, 2000. You must make your choice by September 15, 2000. Even if you want to stay with the current plan, you will need to record your choice by that date. This is a one-time opportunity. You may not change your decision after September 15, 2000.

*This guide and your Personal Retirement Choice Statement can help you make the best choice for your situation. This guide has been prepared for employees who participate in the Avionics Cash Balance Plan.*

THIS DECISION GUIDE AND YOUR PERSONAL RETIREMENT CHOICE STATEMENT ARE INTENDED TO BE USED WITH OTHER RESOURCES PROVIDED BY HONEYWELL TO HELP YOU MAKE YOUR RETIREMENT CHOICE DECISION. THESE MATERIALS PROVIDE HIGHLIGHTS OF YOUR CURRENT RETIREMENT PLAN, THE NEW RETIREMENT EARNINGS PLAN AND THE RETIREMENT CHOICE PROCESS, AND ARE NOT INTENDED TO SERVE AS A SUMMARY PLAN DESCRIPTION. IF THE TERMS AND CONDITIONS OF THE PLAN STATED IN YOUR DECISION GUIDE CONFLICT WITH THE LEGAL PLAN DOCUMENTS, THE LEGAL PLAN DOCUMENTS WILL GOVERN IN ALL CASES.

HONEYWELL RESERVES THE RIGHT TO CHANGE, TERMINATE OR AMEND THESE PLANS AT ANY TIME, FOR ANY REASON. PARTICIPATION IN A PLAN IS NOT A PROMISE OR GUARANTEE OF FUTURE EMPLOYMENT.

# Tools and Resources You Can Count on

Honeywell is committed to providing you with a variety of resources to help you as you consider which retirement choice is right for you. Take a look below to familiarize yourself with the decision support tools that are provided for your use.

## This Decision Guide

This guide reviews some of the key differences between your current retirement plan and the new Retirement Earnings Plan. It also includes some important issues to consider as you make your decision.

**What's in This Guide**

Your Choice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Comparing the Plans . . . . . . . . . . . . . . . . . . . . . . . . 4
Making Your Decision . . . . . . . . . . . . . . . . . . . . . . 10
Making Your Election . . . . . . . . . . . . . . . . . . . . . . 12

## Your Personal Retirement Choice Statement

Along with this guide, you'll find your Personal Retirement Choice Statement.

This statement has been prepared just for you, based on your personal data. In this statement, you'll find:

- Your Personal Identification Number (PIN). This is a PIN created just for this retirement choice election. You must use this PIN to access the Retirement Choice website or the Retirement Choice Decision Line (described later in this guide). You cannot record your decision unless you have this PIN.

- A comparison of the estimated benefits you may earn over time under your current retirement plan and the Retirement Earnings Plan.

- The combined value of all retirement income sources provided by Honeywell, whether you choose your current retirement plan or the Retirement Earnings Plan.

- A review of some of the key features of your current retirement plan compared to the Retirement Earnings Plan.

## Retirement Choice Meetings

At most sites, meetings will be offered to help employees make their choices. The sessions will be led by financial counselors from Ayco, a leading financial organization. You'll be able to hear about your choice and ask questions of an independent consultant. Look for an announcement of dates and times for meetings at your location.

## Retirement Choice Website

Visit the web! You can access the Honeywell Retirement Choice website at http://resources.hewitt.com/honeywellchoice to model estimated benefits using different assumptions than those shown in your Personal Retirement Choice Statement. The website also includes a lot of other valuable information about the plans.

## Retiree Medical Benefits Booklet

If you want details about the medical coverage available after you retire, you can log on to the Retirement Choice website to view or print a copy of the Retiree Medical Benefits booklet or you can call One Stop—Your Employee Services Access Line at 1-877-258-3699 and select option 5 to request a copy.

## Still Have Questions?

So, you've read this guide and your Personal Retirement Choice Statement, attended a Retirement Choice meeting (if offered at your location) and visited the website. If you still have questions about your Personal Retirement Choice Statement or about plan features, you can call the Ayco AnswerLine® at 1-888-PLAN-AYCO (1-888-752-6292). Financial counselors are available Monday through Friday from 9 a.m. to 8 p.m., Eastern time.

## When You're Ready to Make Your Choice

**The Retirement Choice Website**

You can make your choice on-line at any time from June 15 through September 15, 2000. If you want to change your decision during the choice period, you can go back to the website and do so.

**The Retirement Choice Decision Line**

If you do not have access to the website, you can record your choice by calling the Retirement Choice Decision Line at 1-877-399-7890, any time from June 15 through September 15, 2000. If you want to change your decision during the choice period, you can call the Decision Line again and do so.

## Don't Forget Resources Outside of Honeywell

In addition to all the resources offered through Honeywell, you may want to consult a personal financial advisor to assist you in making a decision. Of course, it's always a good idea to talk over financial decisions with family members.

TGF0378

# Your Choice

You have from **June 15 through September 15, 2000** to elect whether to join the new Retirement Earnings Plan or to stay with your current retirement plan. *You need to register your decision either way.*

### Your Current Plan

If you elect your current retirement plan:

- You'll continue to earn benefits under your current plan until you retire or terminate employment with Honeywell.

- If you reach early retirement eligibility, you'll be eligible to participate in the retiree medical plan, and Honeywell will contribute toward retiree medical coverage.*

### The New Retirement Earnings Plan

If you elect the Retirement Earnings Plan:

- Your participation in the new Plan will begin on October 1, 2000, but your benefits will be based on all your Credited Service. Your benefit under the new Plan will never be less than the benefit you have earned under your current plan as of September 30, 2000. In other words, you can't lose what you've already earned.

- If you leave at age 55 or older with 10 or more years of Vesting Service, you'll have access to retiree medical coverage; you'll pay the full cost.

You must be actively employed on October 1, 2000, for your choice to take effect. Whatever retirement plan you choose, your choice will remain in effect for as long as you are continuously employed by Honeywell.

For many other Honeywell employees, the current plan and the new Retirement Earnings Plan are very different in how benefits grow, when they're paid and how they're paid. *But your current plan has many features that are similar to the new Retirement Earnings Plan*, as you'll see when you review this guide. So, your decision will probably focus on two issues:

- Which plan provides higher benefits at different points in time. Your Personal Retirement Choice Statement compares estimated benefit values from each plan, so you can see which plan is best—not only at retirement but if you leave the company before then.

- Retiree medical coverage. If the benefits from the two plans are close in value, you will want to take into account the fact that your current plan not only provides access to retiree medical coverage, but also provides company contributions toward the cost of that coverage if you stay until early retirement. You'll find more details on pages 7-9 of this guide.

*Please refer to "Making Your Election" on page 12 for more information about how to make your retirement choice election.*

---

* Although Honeywell intends to continue retiree medical coverage, the plan may be amended, revoked, suspended or terminated at the discretion of Honeywell at any time or for any reason.


# Think About It

**Check out the value of both plans' benefits in your Personal Retirement Choice Statement.** On page 2 of your Personal Retirement Choice Statement, you'll find the estimated value of your current plan's benefits compared to the Retirement Earnings Plan.

The line graphs on page 3 of your statement show you how the two plans compare when looking at lump sum benefit values.

## Definition of Terms

**Credit Balance:** Your prior year's ending balance under your current plan.

**Credited Service:** Both plans count service in years and partial years, from your date of hire. Special rules apply for certain employment classifications if you leave the company and are later rehired. Credited Service is used to determine the *amount* of your benefit under the new Plan.

**Eligible Pay:** Under both plans, eligible pay includes base pay, overtime, commissions, short-term incentive compensation, payroll-based awards and recognition payments, sales incentives and lump sum incentives. Incentives are counted in the year in which they are paid.

**Final Average Earnings:** Under the new Plan, Final Average Earnings is the average of your five highest calendar years of eligible pay during your final 10 years of earnings with Honeywell.

**Social Security Wage Base:** The amount of your earnings that is subject to Social Security taxes each year.

# Comparing the Plans

*To help you decide whether the new Honeywell Retirement Earnings Plan is right for you, this section provides more detailed information about the Plan compared with your current retirement plan (called the Avionics Cash Balance Plan). To see how these provisions translate to your own situation, refer to your Personal Retirement Choice Statement.*

## How You Earn Benefits

### ► Your Current Plan

The plan is designed to provide higher benefits to longer-service employees.

To determine your benefit, the plan formula considers "pay-based credits" that reflect your compensation as well as the Social Security Wage Base, plus "interest credits" on your Credit Balance.

### ► The New Retirement Earnings Plan

The Plan is designed to provide benefits that grow at the same rate over the course of an employee's career, regardless of when the employee joins or how long he or she stays.

To determine your lump sum benefit, the Plan multiplies your Final Average Earnings times 6% times your Credited Service.

### Your Current Plan: The Avionics Cash Balance Plan

Under your current plan, your benefit grows through monthly pay-based credits and interest credits, as shown in the following formula:

**Avionics Cash Balance Plan Formula**

Pay-Based Credits:
-3% of Your Eligible Pay
up to One-Half of the Current
Social Security Wage Base
+
6% of Your Eligible Pay In Excess
of One-Half of the Current
Social Security Wage Base

**PLUS**

Interest Credits:
Guaranteed Annual Interest Rate Factor
X
Your Credit Balance

**EQUALS**

**Your Total Annual Benefit**

The guaranteed annual interest rate factor is established every January 1, and is credited to your plan benefit on a monthly basis.

TGF0380

If you participated in the King Radio Profit-Sharing Plan, the company contribution portion of your pre-1986 benefit (if any) is included in the benefit shown on your Personal Retirement Choice Statement. Refer to your Summary Plan Description for more details.

**The New Retirement Earnings Plan**

The new Plan uses Final Average Earnings to determine your benefits and a formula that pays 6% of your Final Average Earnings times your Credited Service. One of the features of the new Plan is this simplified formula. Your total benefit has already been calculated for you; refer to your Personal Retirement Choice Statement.



For example, let's assume your Final Average Earnings amount is $50,000 and you have 30 years of Credited Service. Your benefit would be calculated like this:

**Retirement Earnings Plan Formula**

$50,000
X
6%
X
30

**EQUALS**

**$90,000**

**Comparing the Plans**

- The **current plan** provides higher benefits to employees with longer service and/or higher eligible pay. If you look at the graph on page 3 of your Personal Retirement Choice Statement, you'll see that your current plan benefit tends to curve more steeply upward the closer you get to retirement. And if you already have many years of Credited Service, it's likely you'll see that your current plan provides higher benefits than the new Plan now and in the future. Also, if your pay is more than one-half the Social Security Wage Base, your current plan formula awards additional pay-based credits, because Social Security benefits typically do not replace higher pay levels.

- The **new Retirement Earnings Plan** provides benefits that accumulate at an even rate throughout an employee's service—and that rate may be higher than your current plan if you are a newer employee with relatively fewer years of Credited Service, or if your pay is less than one-half the Social Security Wage Base. The graphs on page 3 of your Personal Retirement Choice Statement can help you see whether the new Plan offers higher benefits now or in the future.

The plan that's best for you depends on your personal situation, so the best way to compare plans is to refer to your Personal Retirement Choice Statement.

 **Think About It**

*How long do you think you'll be with the company?* This may be the most critical point to think about as you make your choice. Your Personal Retirement Choice Statement compares the value of both plans' benefits at different points in time based on the form of payment you choose. Depending on your personal situation, you may see a point at which the lines intersect—a "cross-over" point where one plan becomes better than the other. Do you anticipate staying with the company beyond that point, or leaving before then? Your answer will determine which plan is best for you.

 **Think About It**

**When and how you receive benefits won't affect your choice today—but will affect your retirement tomorrow!**
Since the plans offer the same basic choices about when and how you receive your benefits, these features won't affect your choice of a retirement plan today. But it's a good idea to think about these matters for the future, in your total retirement planning.

An *annuity*, which provides monthly payments for life, is a way to ensure steady income over your lifetime. The amount of the monthly payment you receive will depend on your age when payments begin, as well as interest rates in effect at that time. When you die (or, if you elect a joint and survivor option, when both you and your spouse have died), benefits end.

With a *lump sum*, you decide how to invest it, use it or roll it over to a new plan or IRA. If you die, whatever portion of your lump sum you haven't used as retirement income will still be available to your survivor. But keep in mind, the flexibility that a lump sum offers also means you have more responsibility for managing this benefit, so that it will provide the income you need for as long as you live.

Remember, though, if you take a lump sum payment from either plan and do not roll it over into another qualified plan or IRA, there will be tax consequences.

## When You Are Vested

Once you are *vested* you have a permanent, non-forfeitable right to receive a benefit from the plan. You become *vested* when you have enough years of *Vesting Service.*

If you are a newer employee who is not yet vested, this may affect your decision. Do you think you will be with the company long enough to be vested under one plan, but not the other?

| Your Current Plan | The New Retirement Earnings Plan |
|---|---|
| You become 20% vested in your plan benefit with three years of service; 40% with four years; 60% with five years; 80% with six years; and 100% with seven years. | You become 100% vested with five years of Vesting Service. |

If you choose the new Plan, you will have the highest vesting percentage under either plan based on your Vesting Service. For example, if you have four years of service on October 1, 2000, you will be 40% vested in your new Plan benefit; when you have five years of Vesting Service, you'll be 100% vested in your new Plan benefit.

## When Benefits Are Paid

There is no difference between your current plan and the new Retirement Earnings Plan: Both give you the option of taking your benefits with you when you leave—without having to wait until you reach retirement age.

| Your Current Plan | The New Retirement Earnings Plan |
|---|---|
| If you are vested when you leave the company, you can take your benefits with you whenever you leave. Or, you can choose to receive your benefits at a later date. | |

## How Benefits Are Paid

Both your current plan and the new Retirement Earnings Plan give you a choice of options—including the opportunity to take your benefit in a lump sum. This is a valuable option that many pension plans do not provide.

| Your Current Plan | The New Retirement Earnings Plan |
|---|---|
| You can choose to receive your benefit as an immediate single, lump sum amount paid to you all at once. Or, you can receive monthly payments for life (an annuity). If you are married, you can receive monthly payments for life, plus continuing monthly payments to your spouse (equal to 50% of the amount you were receiving) for life if you die first.* You can also choose optional annuity forms of payment. You can take a lump sum payment in cash and pay taxes. Or, you can defer taxes by rolling your lump sum payment into an Individual Retirement Account (IRA) or the qualified plan of another employer. If you choose the new Plan, you can also roll over your benefit to the Honeywell Savings and Ownership Plan. | |

\* If you are married, your spouse must consent in writing to any form of payment other than this 50% Joint and Survivor Annuity.

## If You Die

Your current plan and the new Plan are similar in the benefits paid in the event of your death. If you die before you've started receiving benefits, the beneficiary you've named would receive your benefit.* If you die after you've started to receive benefits, additional payments would be made only if you elected a payment option that provides for them.

| Your Current Plan | The New Retirement Earnings Plan |
| --- | --- |
| If you die while actively employed, your benefit is immediately 100% vested and paid to the beneficiary you named. Your beneficiary receives the lump sum value of your benefit. Benefits are paid immediately. | |

## Retiree Medical Coverage

Your choice of a retirement plan also determines the medical coverage you will have at retirement. This is a very important consideration in your choice. The critical question in evaluating the difference in retiree medical coverage is this: Are you likely to stay with the company until you are age 55 and have 10 or more years of Vesting Service?

- If your answer is "no," you will not be eligible for or have access to retiree medical coverage under either choice. So your decision comes down to which retirement plan benefit is best for you.

- If your answer is "yes," you will have *access* to retiree medical coverage regardless of the retirement plan you choose. If you choose your current plan, the company also contributes toward the cost of your coverage during retirement.

---

* If you are married and want to name someone other than your spouse as beneficiary, your spouse must consent in writing to your designation.

TGF0383



# Think About It

**For many people, retiree medical benefits will not be a primary consideration in choosing which pension plan is best.** But it is important to plan ahead for your medical needs in retirement. While making your decision, it's important to keep the following points about retiree medical coverage in mind. If you choose your current plan:

- No one can predict how much the cost of health care will increase in the future. The amount that the company expects to contribute toward retiree medical coverage is only a portion of total medical costs.

- Within the next 10 years, it is expected that the total cost of retiree medical premiums will exceed the "retiree medical premium caps" or limits. This means that once the retiree medical premium caps are reached, you will be responsible for paying the amount of the premium that exceeds the premium caps. Remember, you and the company currently share in the cost of your retiree medical coverage. When the premium caps are reached, you will pay both your current percentage, plus the portion above the premium caps.

- If your spouse has medical coverage available through his or her employer, you may rely less on Honeywell for retiree medical coverage. And you can opt back into the Honeywell plan, as long as you have had continuous group coverage from other sources.

- It's important to plan for medical coverage using all of your sources of retirement income (e.g., Social Security, Honeywell Savings and Ownership Plan, and other benefits and personal savings and investments). Another thing to consider is how much your company-sponsored retiree medical coverage will supplement Medicare.

## If you are considering your current retirement plan...

You are eligible for retiree medical coverage when you are age 55 or older and have at least 10 years of Vesting Service when you leave Honeywell.

You have access to retiree medical coverage, and the company contributes to the cost of that coverage. However, you should be aware of these important points:

- **You should know about "retiree medical premium caps."** In 1992, the company implemented retiree medical premium caps (or limits) on the actual dollar amount that the company contributes toward the total premiums* for retiree medical coverage. While no one can predict what health care costs will be in the future, it is expected that the total cost of retiree medical premiums will exceed the retiree medical premium caps within the next 10 years. This means that once the retiree medical premium caps are reached, you will be responsible for paying the amount of the premium that exceeds the retiree medical premium caps. Remember, you and the company currently share in the cost of your retiree medical coverage. When the premium caps are reached, you will pay both your current percentage, plus the portion above the premium caps.

- **The amount the company contributes toward the cost of coverage is based on your length of service when you retire.** The schedule of company contributions for retiree medical coverage will be the same for you and your eligible dependents. The company contribution to the premium ranges from 80% at 25 years of service to 50% at 10 or more years of service and is subject to retiree medical premium caps.

**When you reach age 65, Medicare will be your primary coverage. Your company coverage will supplement Medicare as a secondary payor.**

## If you are considering the Retirement Earnings Plan...

You are eligible for retiree medical coverage when you are age 55 or older and have at least 10 years of Vesting Service when you leave Honeywell.

You will have *access* to retiree medical coverage. This means that the company will not contribute toward the cost of retiree medical coverage, but you will receive the benefits of participating in a group medical plan. Group rates are typically lower than the rates that are available to you on the individual market.

---

* The premium is the amount of money the company agrees to pay a health care organization (e.g., an insurance company or managed care organization) for providing medical benefits to participants.

TGF0384

### The History of "Retiree Medical Premium Caps"

In the early 1990s, an accounting rule changed the way employers recognized the cost of retiree medical coverage, which reduced profitability. For many companies, including Honeywell, the impact of this change was significant. As a result, some companies decided to discontinue their retiree medical programs. Today only one-third of retirees who are age 65 or older have coverage through their employers. But other large employers took a different approach in order to continue to offer retiree medical benefits to their retirees. These companies implemented retiree medical premium caps (or limits) on the actual dollar amount they contribute toward the cost of retiree medical premiums. Many Honeywell businesses have had retiree medical premium caps in place since 1992.

### Are you still unsure about how retiree medical coverage may affect your pension choice?

If you want more information about the company's retiree health care strategy, we encourage you to log on to the Retirement Choice website to view or print a copy of the Retiree Medical Benefits booklet. You can also call One Stop—Your Employee Services Access Line at 1-877-258-3699 and select option 5 to request a copy.

# Making Your Decision

The questions in this section are designed to help you come to the right decision for you. Be sure to have your Personal Retirement Choice Statement with you when you answer these questions.

## 1. How long do you expect to stay with Honeywell?

Your answer may determine which plan will pay you higher benefits. If you look at the graphs on page 3 of your Personal Retirement Choice Statement, you'll see how the plans compare at various points in time. How long do you expect to stay with the company? Which plan provides a higher benefit at that point in time?

**For some employees, the current plan** *always* **delivers higher benefits.** If you are one of these employees, your graphs will look like this and your choice is easy!

**For some employees, the new Retirement Earnings Plan** *always* **delivers higher benefits.** If you are one of these employees, be sure to factor in the value of retiree medical coverage as you make your choice. If you choose the new Retirement Earnings Plan because it offers higher benefits, is the difference in benefits greater than the value of company contributions to retiree medical coverage? Will you stay with the company long enough to qualify for those contributions under your current retiree medical coverage?

**For some employees, one plan is better in the short term and the other plan is better in the long term.** If you are one of these employees, you will need to consider the likelihood of your staying with the company for the long term. Also consider the potential value of retiree medical coverage if you stay until you are eligible for this coverage.



- - - - - - - -  Your current retirement plan

────────── The New Retirement Earnings Plan

## 2. What happens if your predictions about your future don't occur as you anticipated?

Your choice should take into account not only what you believe is likely to happen, but also the possibility that some other scenario may occur. After all, there are many conditions that affect your future. Personal situations like your health, or business situations like a downsizing or a divestiture, could affect your employment and your benefits.

In these situations and any others, the choice you've made about your retirement benefits still holds. Here is a brief look at how your retirement benefits might be affected if you make a choice based on assumptions that do not prove true in the future:

| **If you think you'll stay with the company for your career…but you end up leaving sooner…** | **If you think you'll leave the company in the next five or 10 years…but you end up staying with Honeywell longer…** |
|---|---|
| You may have less retirement income than you'd planned if you chose your current retirement plan based on a "cross-over" point you didn't reach. But, **you'll have no less than you would have had without this choice.** | You may have less retirement income than you'd planned if you chose the new Retirement Earnings Plan based on a "cross-over" point you hadn't expected to reach, and pass. |
| You may not qualify for the retiree medical coverage you anticipated, and you will need to secure access to this coverage and pay for it on your own. | Your plan choice and what is available at your site will determine whether you have company-contributory medical coverage. If you have only access, you will still enjoy the advantage of group rates. |

In any situation, saving for retirement is critical to your ability to have a financially comfortable retirement. Saving through the Honeywell Savings and Ownership Plan is one of the best ways to meet your financial retirement goals.

# Making Your Election

You have two ways to make your election:

- You can access the Honeywell Retirement Choice website at http://resources.hewitt.com/honeywellchoice to make your election on-line.

## OR

- If you do not have access to the website, you can make your election by calling the Honeywell Retirement Choice Decision Line at 1-877-399-7890.

### Remember:

- You must make an election by midnight, Eastern time, on **September 15, 2000**.
- Your election is irrevocable—you can't change your mind after September 15, 2000.
- Your choice will be effective October 1, 2000, if you're actively employed on that date.
- You need to enter both your Social Security number and the PIN found on page 1 of your Personal Retirement Choice Statement in order to make your election—either on-line or over the phone.

THIS DECISION GUIDE AND YOUR PERSONAL RETIREMENT CHOICE STATEMENT ARE INTENDED TO BE USED WITH OTHER RESOURCES PROVIDED BY HONEYWELL TO HELP YOU MAKE YOUR RETIREMENT CHOICE DECISION. THESE MATERIALS PROVIDE HIGHLIGHTS OF YOUR CURRENT RETIREMENT PLAN, THE NEW RETIREMENT EARNINGS PLAN AND THE RETIREMENT CHOICE PROCESS, AND ARE NOT INTENDED TO SERVE AS A SUMMARY PLAN DESCRIPTION. IF THE TERMS AND CONDITIONS OF THE PLAN STATED IN YOUR DECISION GUIDE CONFLICT WITH THE LEGAL PLAN DOCUMENTS, THE LEGAL PLAN DOCUMENTS WILL GOVERN IN ALL CASES.

HONEYWELL RESERVES THE RIGHT TO CHANGE, TERMINATE OR AMEND THESE PLANS AT ANY TIME, FOR ANY REASON. PARTICIPATION IN A PLAN IS NOT A PROMISE OR GUARANTEE OF FUTURE EMPLOYMENT.

# What You'll Find on the Honeywell Retirement Choice Website

The Honeywell Retirement Choice website has been designed just for this important retirement decision. It's fast, interactive and, most importantly, personalized with your data.

## How You Access the Site

You can log on to the website from home at http://resources.hewitt.com/honeywellchoice.

You can log on from work, through any PC with intranet access. Just click on the Retirement Choice button on the company intranet home page—to take you directly to the website.

If you don't have access to a PC at work or at home, you can log on from any computer with Internet access. For instance, many local libraries now offer PCs with Internet connections for public use.

If you're accessing from home or anywhere else outside of Honeywell, there are some browser requirements you need to know about.

▶ **Browser requirements**

A browser is a software application that enables you to display web pages on your PC. To access the website, your PC needs Netscape Navigator® (version 4.0 or higher) or Microsoft Internet Explorer® (version 4.0 or higher).

The Retirement Choice
Home Page



**YOUR PIN IS IMPORTANT! On page 1 of your Personal Retirement Choice Statement, enclosed in this package, right under your name, you'll find a Personal Identification Number (PIN). This PIN has been randomly generated just for this election. You cannot use it for any other purpose. To ensure the confidentiality of the website (and your retirement election), you will be required to enter your Social Security number as well as your PIN.**



We make it
easier for you
to do your job
*Global Business Services*

TGF0389

**Honeywell**

Global Business Services
Employee Service Center — Retirement Programs
Honeywell
101 Columbia Road
P.O. Box 1057
Morristown, NJ 07962-1057

KR 05-2000 Printed in USA

TGF0390



HONEYWELL RETIREMENT PROGRAMS

Retirement Choice

# Your Personal
# Retirement Choice
## Statement

### *What's Inside...*

You'll find personalized information about your participation in
your current retirement plan and the new Retirement Earnings
Plan. This information will help you choose which plan to elect
for the future and outlines the steps you need to take and the
resources available to you.

TGF0391



Honeywell is introducing a new type of retirement plan for all employees who join the company in 2000 and beyond. It's called the **Retirement Earnings Plan** (the "Plan"). The new Plan offers some very attractive features—such as the option of taking a lump sum payment when your employment ends, rather than waiting for retirement age for monthly payments to start. Many of you who now work at Honeywell will find this and other features of the new Plan well suited to your individual needs, plans and goals.

Rather than limiting this new Plan to newly hired employees only, the company is offering current employees the opportunity to enroll in the new Retirement Earnings Plan. *This is strictly an option.* You may find that the new Plan isn't right for you, and you can stay in your current retirement plan if it's a better choice for you.

## *Your Decision Support Resources*

This statement has been prepared for **you, based on your personal data.** It shows you how the new Plan and your current plan compare, both in the estimated benefits the two plans will provide as well as other plan features that may be important to you. It also gives you some "critical factors" to consider as you make your decision.

As you review this statement, you may find it very easy to make your choice. The "best" plan for you may be quite obvious. Or, you may find the choice is more difficult—your employment with the company and the possibilities for the future may make it harder to determine which plan is really "best."

That's why Honeywell is also offering you a number of other decision support resources:

| Decision Support Resource | What It's Designed to Do |
|---|---|
| Retirement Choice Decision Guide | • Provides more information about the Retirement Earnings Plan and how the new Plan differs from the current plan |
| Honeywell Retirement Choice website at http://resources.hewitt.com/honeywellchoice | • Allows you to model and compare the estimated benefits under the new Plan and the current plan at different ages, using your own assumptions<br>• Gives you another way to compare the differences between the two plans |
| Retirement Choice meetings conducted by an independent financial counselor from Ayco | • Provides more information about the plans and your choices<br>• Gives you a chance to ask questions about the plans or about your decision<br>• Meetings will be offered at most locations. Look for an announcement of dates and times for meetings at your location |
| Retiree Medical Benefits booklet | • Provides details on how medical coverage works at retirement<br>• You can obtain a copy by visiting the Retirement Choice website to view or print a copy, or by calling One Stop—Your Employee Services Access Line at 1-877-258-3699 and selecting option 5 |
| Ayco AnswerLine℠ at 1-888-PLAN-AYCO (1-888-752-6292) | • If you still have questions after reading this statement and the Decision Guide, visiting the website or attending a Retirement Choice meeting, you can call and speak to a financial counselor<br>• Counselors are available Monday through Friday, 9 a.m. to 8 p.m., Eastern time |

## *The Decision Period*

The Retirement Choice decision period begins June 15 and ends on September 15, 2000. Even if you are staying in your current plan, you will need to record your decision. This is a one-time opportunity. You must record your decision after midnight, Eastern time, on September 15.

## *How You Record Your Choice*

You have two ways to make your choice:
• You can make your decision on-line at the Honeywell Retirement Choice website at http://resources.hewitt.com/honeywellchoice
• Or, if you do not have access to the website, you can

call the One Stop ...

... of Any This one you ...

TGF0392

Beginning June 15, 2000, you can:

- Choose the new Retirement Earnings Plan (with retiree medical coverage paid for by the retiree); or

- Stay with your current retirement plan—the Avionics Cash Balance Plan—and current retiree medical coverage.

You have until September 15, 2000 to think things over. You may not change your mind after midnight, Eastern time, September 15, 2000. Follow the steps on the inside back cover of this statement as you consider your decision.

### This statement was prepared for:

Thomas G. Frazier

PIN: REDACTED

*This PIN has been generated just for your Retirement Choice decision period. You must use this PIN to access either the Retirement Choice website or the Retirement Choice Decision Line.*

## INFORMATION ABOUT THIS STATEMENT

Your personal data was used to prepare this statement. Be sure to review this data and the assumptions on page 4. *If you believe any of your personal data is not accurate, call One Stop—Your Employee Services Access Line at 1-877-258-3699 and select option 5.*

## HOW DO YOU DECIDE?

Your current plan and the new Plan have many features in common, but there are a few key differences that are important to your decision. Here are some factors to consider and where to find more information.

| Critical Factors | Your Current Plan | The New Plan | For More Details... |
|---|---|---|---|
| How much you'll receive from the plan, based on how long you work for Honeywell | Your current plan provides higher benefits to employees with longer service. | The new Plan typically provides higher benefits to employees with fewer years of service. | See pages 2 and 3 for a comparison of estimated benefits, at different ages, under both plans. |
| When you are vested | You become 20% vested after 3 years of Vesting Service, and earn an additional 20% vesting each year after; you are 100% vested after 7 years of Vesting Service. | You are 100% vested after 5 years of Vesting Service. | See the Decision Guide for information on vesting. |
| What the company contributes for retiree medical coverage | If you choose your current plan, the company will contribute to the cost of retiree medical coverage if you retire from the company. | If you meet eligibility requirements, you will have access to retiree medical coverage. However, you will pay the full cost. | See the Decision Guide for details on company contributions for retiree medical coverage. Call One Stop—Your Employee Services Access Line and select option 5 for details on coverage. |

*Call One Stop—Your Employee Services Access Line and select option 5 for a copy of the Summary Plan Description (SPD) of your current plan. Visit the Retirement Choice website to view or print a copy of the SPD for the new Retirement Earnings Plan.

# COMPARING YOUR ESTIMATED PLAN BENEFITS

## How Much You'll Receive from the Plan

To make your decision, one of the first questions you will want to ask is, "Which plan pays greater benefits?" For most people, it depends on how long you work for the company and the form of payment you choose.

## Estimated Benefits If You Leave Before Early Retirement Age

The first table shows the estimated benefits each plan would pay beginning at age 65 if you left the company at the ages shown and assuming you are 100% vested when your service ends. The amounts in the second and fourth columns compare estimated monthly payment amounts (annuity payments) you could receive starting at age 65. The third and fifth columns show the estimated lump sum values under each plan. The plans use different interest rates to convert lump sum benefits to monthly payments, so even if lump sums are similar between the two plans, the monthly benefits may be different.

## Estimated Benefits If You Leave After Early Retirement Age

The second table shows the estimated benefits each plan would pay, beginning at the age when you become eligible for early retirement benefits. In this chart, benefit payments would start at the age shown rather than at age 65 (as in the first table). This is why the monthly amount goes down when you reach early retirement age—because your benefits start earlier. Since benefits start earlier, you'll receive more of them over your lifetime.

### Estimated Benefits If You Leave Before Early Retirement

| | Current Retirement Plan | | New Retirement Earnings Plan | |
|---|---|---|---|---|
| If You Leave the Company at This Age | Monthly Payments Available at Age 65 | Lump Sum Value Available Immediately | Monthly Payments Available at Age 65 OR | Lump Sum Value Available Immediately |
| 53 | $ REDACTED | $ REDACTED | $ REDACTED | $ REDACTED |
| 54 | $ | $ | $ | $ |

### Estimated Benefits If You Leave After Early Retirement

| | Current Retirement Plan | | New Retirement Earnings Plan | |
|---|---|---|---|---|
| If You Leave the Company at This Age | Monthly Payments Available Immediately | Lump Sum Value Available Immediately | Monthly Payments Available Immediately OR | Lump Sum Value Available Immediately |
| 55 | $ | $ | $ | $ |
| 56 | $ | $ | $ | $ |
| 57 | $ | $ | $ | $ |
| 58 | $ | $ | $ | $ |
| 59 | $ | $ | $ | $ |
| 60 | $ REDACTED | $ REDACTED | $ REDACTED | $ REDACTED |
| 61 | $ | $ | $ | $ |
| 62 | $ | $ | $ | $ |
| 63 | $ | $ | $ | $ |
| 64 | $ | $ | $ | $ |
| 65 | $ | $ | $ | $ |

The Social Security offset to your current plan benefit (see your Decision Guide) is not applied until age 62. So, if you retire before then, your benefits will be even larger than the estimates above, until you reach age 62.

*If you participated in a previous plan, you may not be able to take all of your current plan benefit as a lump sum; a portion may be required to be paid as an annuity.*

*See page 4 for a listing of data and assumptions used to create these charts.*

— OVER —

TGF0394