UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan<br><br>　　　　　　　Defendants. | No. CV-10-01618-PHX-SRB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE CERTAIN UNREDACTED DOCUMENTS UNDER SEAL** |

The Court having considered Defendants' Motion to file the unredacted version of: (a) the Declaration and Expert Report of Lawrence Sher, and (b) Deposition Exhibit 23, under seal and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion is granted and the unredacted version of the Declaration and Expert Report of Lawrence Sher and Deposition Exhibit 23 shall be filed under seal.

Dated this 25th day of September, 2012.

_____
Susan R. Bolton
United States District Judge