IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | ) |
| | ) Case No.: CV 10-01618-PHX-SRB |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Honeywell Pension and Savings Plan; | ) |
| Honeywell, Inc., a Delaware corporation; | ) **ORDER** |
| Honeywell Retirement Earnings Plan; | ) |
| Honeywell Secured Benefit Plan; Bendix | ) |
| Salaried Plan; King Radio Plan; Plan | ) |
| Administrator for the Honeywell Pension and | ) |
| Savings Plan; Plan Administrator for the | ) |
| Honeywell Retirement Earnings Plan; Plan | ) |
| Administrator for the Honeywell Secured | ) |
| Benefit Plan; Plan Administrator for the | ) |
| Bendix Salaried Plan; Plan Administrator for | ) |
| the King Radio Plan, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The Court having considered the parties' Stipulation and Request for Extension of Time on Plaintiff's Class Certification Reply [Doc. 133], and for good cause shown,

IT IS HEREBY ORDERED that the stipulation is granted and that Plaintiff shall have until October 23, 2012, to file his class certification reply.  Plaintiff shall e-mail to Defendants the class certification reply brief by 5:00 p.m. MST on October 23, 2012.

Dated this 26th day of September, 2012.

_____
Susan R. Bolton
United States District Judge