1 | **SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ.  #004612**
2 | **BRADLEY H. SCHLEIER, ESQ.  #011696**
3 | 3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
4 | Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
5 | Email: tod@schleierlaw.com
6 | Email: brad@schleierlaw.com

7 | **SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
8 | **MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
9 | Phoenix, Arizona 85004
Telephone: (602) 240-6900
10 | smartin@martinbonnett.com
jkroll@martinbonnett.com
11 |
12 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.:  CV 10-01618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | **AMENDED NOTICE OF DEPOSITON OF BRIAN MARCOTTE** |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Federal Rules of Civil Procedure, Rules 26 and 30, a deposition will be taken pursuant upon oral examination of the person whose name and address is stated below at the time and place before an officer authorized by law to administer oaths. The deposition will be stenographically recorded.

**PERSON TO BE EXAMINED:**            **Brian Marcotte**

**DATE AND TIME OF DEPOSITION:**   **October 11, 2012 @ 9:00 a.m.**

**PLACE OF DEPOSITION:**            **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
**10 Madison Avenue, Suite 400**
**Morristown, New Jersey 07960**

Respectfully submitted this 8th day of October, 2012.

**MARTIN & BONNETT, P.L.L.C.**

By:  s/Jennifer Kroll
Susan Martin
Jennifer L. Kroll
1850 N. Central Ave. Suite 2010
Phoenix, AZ 85004
(602) 240-6900

**SCHLEIER LAW OFFICES, P.C.**
TOD F. SCHLEIER, ESQ.
BRADLEY H. SCHLEIER, ESQ.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir