**SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ. #004612**
**BRADLEY H. SCHLEIER, ESQ. #011696**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,               ) | Case No.: CV 10-01618-PHX-SRB |
|                                                 ) | |
|            Plaintiff,                           ) | |
| v.                                              ) | |
|                                                 ) | |
| Honeywell International, Inc., a Delaware       ) | |
| corporation; Honeywell Retirement Earnings      ) | |
| Plan; Salaried Employees Pension Plan of        ) | |
| Allied Corporation; Salaried Employees          ) | |
| Pension Plan of AlliedSignal, Inc.; Salaried    ) | **NOTICE OF DEPOSITION** |
| Employees Pension Plan of the Bendix            ) | |
| Corporation; Pension Plan for Salaried          ) | |
| Employees of General Aviation Avionics;         ) | |
| Plan Administrator of the Honeywell             ) | |
| Retirement Earnings Plan; Plan Administrator    ) | |
| of the Salaried Employees Pension Plan of       ) | |
| Allied Corporation; Plan Administrator of the   ) | |
| Salaried Employees Pension Plan of the          ) | |
| Bendix Corporation; Plan Administrator of       ) | |
| the Pension Plan for Salaried Employees of      ) | |
| General Aviation Avionics,                      ) | |
|            Defendants.                          ) | |
|                                                 ) | |

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO EXAMINED:  **Lisa Dooley**

DATE AND TIME OF DEPOSITION:  **November 7, 2012 at 9:00 a.m. (EDT)**

PLACE OF DEPOSITION:  **Court Reporter**
**Todd Olivas & Associates**
**55 Madison Avenue**
**Suite 400**
**Morristown, NJ  07960**
**Telephone: (951) 296-0114**

DATED this 10<u>th</u> day of October, 2012.

SCHLEIER LAW OFFICES, P.C.

By: <u>s/ Bradley H. Schleier</u>
   Bradley H. Schleier
   3101 North Central Ave., Suite 1090
   Phoenix, Arizona 85012


MARTIN & BONNETT, P.L.L.C.

By: <u>s/ Jennifer L. Kroll</u>
   Susan Martin
   Jennifer L. Kroll
   1850 North Central Ave., Suite 2010
   Phoenix, Arizona 85004

   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10th 2012, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Howard Shapiro
Kara L. Lincoln
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

COPY mailed to:

Todd Olivas & Associates
55 Madison Avenue
Suite 400
Morristown, NJ 07960


s/ Mary H. Portillo