**SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ.  #004612**
**BRADLEY H. SCHLEIER, ESQ.  #011696**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.:  CV 10-01618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell International, Inc., a Delaware corporation;  Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | **NOTICE OF DEPOSITION** |
| Defendants. | |

1  YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO EXAMINED:    **Lawrence Sher**

DATE AND TIME OF DEPOSITION:   **November 8, 2012 at 9:00 a.m. (EDT)**

PLACE OF DEPOSITION:   **Court Reporter**
**Todd Olivas & Associates**
**55 Madison Avenue**
**Suite 400**
**Morristown, NJ  07960**
**Telephone: (951) 296-0114**

DATED this 10<u>th</u> day of October, 2012.

        SCHLEIER LAW OFFICES, P.C.

        By: <u>s/ Bradley H. Schleier</u>
          Bradley H. Schleier
          3101 North Central Ave., Suite 1090
          Phoenix, Arizona 85012

        MARTIN & BONNETT, P.L.L.C.

        By: <u>s/ Jennifer L. Kroll</u>
          Susan Martin
          Jennifer L. Kroll
          1850 North Central Ave., Suite 2010
          Phoenix, Arizona 85004

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10th 2012, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Howard Shapiro
Kara L. Lincoln
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

COPY mailed to:

Todd Olivas & Associates
55 Madison Avenue
Suite 400
Morristown, NJ 07960


s/ Mary H. Portillo