1  **SCHLEIER LAW OFFICES, P.C.**
   3101 N. Central Avenue
2  Suite 1090
   Phoenix, Arizona 85012
3  Telephone: (602) 277-0157
   Facsimile: (602) 230-9250
4
   TOD F. SCHLEIER, ESQ. #004612
5  Email: tod@schleierlaw.com
   BRADLEY H. SCHLEIER, ESQ. #011696
6  Email: brad@schleierlaw.com

7  **MARTIN & BONNETT, P.L.L.C.**
   1850 N. Central Avenue
8  Suite 2010
   Phoenix, Arizona 85004
9  Telephone: (602) 240-6900

10 SUSAN MARTIN, #014226
   Email: smartin@martinbonnett.com
   JENNIFER KROLL, #019859
11 Email: jkroll@martinbonnett.com

12 Attorneys for Plaintiff

13              IN THE UNITED STATES DISTRICT COURT

14                       DISTRICT OF ARIZONA

15 Thomas G. Frazier, a married man,    )   Case No.: CV 10-1618-PHX-SRB
                                        )
16              Plaintiff,              )
   v.                                   )
17                                      )
   Honeywell International, Inc., a Delaware )
18 corporation; Honeywell Retirement Earnings )  **SECOND AMENDED NOTICE OF**
   Plan; Salaried Employees Pension Plan of   )  **DEPOSITION VIA**
19 Allied Corporation; Salaried Employees     )  **VIDEOCONFERENCE**
   Pension Plan of AlliedSignal, Inc.; Salaried )
20 Employees Pension Plan of the Bendix       )
   Corporation; Pension Plan for Salaried     )
21 Employees of General Aviation Avionics;    )
   Plan Administrator of the Honeywell        )
22 Retirement Earnings Plan; Plan Administrator )
   of the Salaried Employees Pension Plan of  )
23 Allied Corporation; Plan Administrator of the )
   Salaried Employees Pension Plan of the     )
24 Bendix Corporation; Plan Administrator of  )
   the Pension Plan for Salaried Employees of )
25 General Aviation Avionics,                 )
                                              )
               Defendants.                    )
                                              )

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

| | |
|---|---|
| PERSON TO EXAMINED: | **Catherine McDonald** |
| PLACE OF DEPOSITION: | **Capital Reporting, Inc.**<br>**8320 Falls of The Neuse Road, Ste 111**<br>**Raleigh, North Carolina 27615**<br>**(919) 841-4150** |
| DATE AND TIME OF DEPOSITION: | **October 17, 2012 at 8:00 a.m. MST / 11:00 A.m. EDT** |
| PLACE OF DEPOSITION: | **Alliance Reporting Solutions and Phoenix Videoconference Center**<br>**2700 North Central Avenue, Suite 350**<br>**Phoenix, Arizona 85004**<br>**(602) 230-8448** |

DATED this  11th  day of October, 2012.

SCHLEIER LAW OFFICES, P.C.

By: s/ Bradley H. Schleier
    Bradley H. Schleier
    3101 North Central Ave., Suite 1090
    Phoenix, Arizona 85012

MARTIN & BONNETT, P.L.L.C.

By: s/ Jennifer L. Kroll
    Susan Martin
    Jennifer L. Kroll
    1850 North Central Ave., Suite 2010
    Phoenix, Arizona 85004

    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October  11th  2012, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION VIA VIDEOCONFERENCE** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Howard Shapiro
Kara L. Lincoln
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

COPY e-mailed to:

Alliance Reporting Solutions
2700 North Central Avenue, Suite 350
Phoenix, Arizona 85004
admin@allreportingsolutions.com

Capital Reporting, Inc.
8320 Falls of The Neuse Road, Suite 111
Raleigh, North Carolina 27615
main@capreporting.com


s/ Mary H. Portillo