**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Email: brad@schleierlaw.com

**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue
Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900

SUSAN MARTIN, #014226
Email: smartin@martinbonnett.com
JENNIFER KROLL, #019859
Email: jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-1618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | **THIRD AMENDED NOTICE OF DEPOSITION VIA VIDEOCONFERENCE** |
| Defendants. | |

-1-

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

| | |
|---|---|
| PERSON TO EXAMINED: | **Catherine McDonald** |
| PLACE OF DEPOSITION: | Ogletree, Deakins, Nash, Smoak & Stewart, PC<br>4208 Six Forks Road, Suite 1100<br>Raleigh, NC 27609<br>(919) 789-3123 |
| DATE AND TIME OF DEPOSITION: | **October 17, 2012 at 8:00 a.m. MST /<br>11:00 a.m. EDT** |
| PLACE OF DEPOSITION: | Alliance Reporting Solutions and<br>Phoenix Videoconference Center<br>2700 North Central Avenue, Suite 350<br>Phoenix, Arizona 85004<br>(602) 230-8448 |

DATED this  12th  day of October, 2012.

                    SCHLEIER LAW OFFICES, P.C.

                    By: s/ Bradley H. Schleier
                        Bradley H. Schleier
                        3101 North Central Ave., Suite 1090
                        Phoenix, Arizona 85012

                    MARTIN & BONNETT, P.L.L.C.

                    By: s/ Jennifer L. Kroll
                        Susan Martin
                        Jennifer L. Kroll
                        1850 North Central Ave., Suite 2010
                        Phoenix, Arizona 85004

                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October  12th  2012, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION VIA VIDEOCONFERENCE** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ECF registrants:

Amy Covert
Russell L. Hirschhorn
Myron D. Rumeld
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Howard Shapiro
Kara L. Lincoln
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

COPY e-mailed to:

Mark Gonsalves
Alliance Reporting Solutions
2700 North Central Avenue, Suite 350
Phoenix, Arizona 85004
admin@allreportingsolutions.com

Nancy Bell
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
nancy.bell@ogletreedeakins.com

1 s/ Mary H. Portillo

-4-