|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Thomas G. Frazier, a married man, | ) Case No.: CV 10-01618-PHX-SRB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | ) **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CERTAIN PORTIONS OF DEFENDANTS' EXPERT REPORT OF LAWRENCE SHER, F.S.A.** |
| Defendants. | ) |

The Court having considered Plaintiff's Motion to Strike Certain Portions of Defendants' Expert Report of Lawrence Sher, F.S.A., as set forth in Plaintiff's Reply in Further Support of Motion for Class Certification.

IT IS HEREBY ORDERED granting said Motion and striking the following portions of Defendants' Expert Report of Lawrence Sher, F.S.A. (Documents 132, 135) as follows:

1. Section VII (pages 38-40);

2. Section VIII (pages 41-52);

3. Any other paragraphs in the report containing legal opinions or opinions relating to "common practices"; and

4. All corresponding references in Defendants' opposition to Plaintiff's Motion for Class Certification.