1  **SCHLEIER LAW OFFICES, P.C.**
2  **TOD F. SCHLEIER, ESQ. #004612**
   **BRADLEY H. SCHLEIER, ESQ. #011696**
3  3101 N. Central Avenue, Suite 1090
   Phoenix, Arizona 85012
4  Telephone:  (602) 277-0157
5  Facsimile:  (602) 230-9250
   Email: tod@schleierlaw.com
6  Email: brad@schleierlaw.com

7  **SUSAN MARTIN #014226**
8  **JENNIFER KROLL #019859**
   **MARTIN & BONNETT, P.L.L.C.**
9  1850 N. Central Ave. Suite 2010
10 Phoenix, Arizona 85004
   Telephone: (602) 240-6900
11 smartin@martinbonnett.com
   jkroll@martinbonnett.com
12

13 Attorneys for Plaintiff

14              **IN THE UNITED STATES DISTRICT COURT**
                      **DISTRICT OF ARIZONA**
15

16 | Thomas G. Frazier, a married man, | ) Case No.:  CV 10-01618-PHX-SRB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| Honeywell International, Inc., a Delaware corporation;  Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | ) **Declaration of Jennifer Kroll in Support of Plaintiff's Reply in Further Support of Motion for Class Certification** |
| Defendants. | ) |

I, Jennifer Kroll, am over 21 years of age and based on personal knowledge, state as follows:

1. I am an attorney in this matter and I am fully familiar with the file. I submit this reply in further support of Plaintiff's motion for class certification.

2. Attached hereto as Exhibit A are true and accurate excerpts from the Deposition of Brian Marcotte taken on October 11, 2012.

3. Attached hereto as Exhibit B is a true and accurate copy of Exhibit 24 to the Deposition of Brian Marcotte.

4. Attached hereto as Exhibit C are true and accurate excerpts from the Deposition of Susan Ford taken on October 2, 2012.

5. Attached hereto as Exhibit D is a true and accurate copy of Exhibit 16 to the Deposition of Susan Ford.

6. Attached hereto as Exhibit E are true and accurate excerpts from the Deposition of Catherine McDonald taken on October 17, 2012.

7. Attached hereto as Exhibit F are true and accurate excerpts from the Deposition of Joe Snethen taken on October 4, 2012.

8. Attached hereto as Exhibit G are true and accurate copies of pages of documents produced by Defendants in discovery with the exception that the class member's identifying information has been redacted.

9. Attached hereto as Exhibit H is a true and accurate copy of Defendants' Responses to Plaintiff's Requests for Admission 22-24.

10. Attached hereto as Exhibit I is a true and accurate copy of Exhibit 21 to the

- 2 -

1  Deposition of Thomas Frazier with the exception that Mr. Frazier's Social
2  Security number, normal retirement date and amounts listed have been redacted.
3
4  I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct to the best of my knowledge and belief.
6  Executed on this 23rd day of October, 2012
   Phoenix, Arizona
7
8  s/Jennifer Kroll
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2012, I electronically filed the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Myron D. Rumeld
Amy Covert
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036


s/T. Mahabir

- 3 -