# EXHIBIT A

Case 2:10-cv-01618-SRB   Document 147-1   Filed 10/23/12   Page 2 of 5

BRIAN J. MARCOTTE  Confidential                               October 11, 2012
FRAZIER vs. HONEYWELL PENSION AND SAVINGS                                   1

```
 1        ***CONFIDENTIAL PURSUANT TO THE TERMS OF THE

 2                   CONFIDENTIALITY ORDER***

 3            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA
 4
              Case No. CV-10-01618-SRB
 5
     Thomas G. Frazier, a married man,           :
 6                                               :
                                                 :
 7            Plaintiff,                         :
                                                 :
 8                                               :
              vs.                                :
 9                                               :
                                                 :
10                                               :
                                                 :
11   Honeywell Pension and Savings Plan, Inc.,   :
     a Delaware Corporation; Honeywell           :
12   Retirement Evenings Plan; Honeywell         :
     Secured Benefit Plan; Plan Administrator    :
13   for the Honeywell Pension and Savings       :
     Plan; plan administrator for the            :
14   Honeywell Retirement Evenings Plan; Plan    :
     Administrators for the Honeywell Secured
15   Benefit Plan; Plan Administrator for the
     Bendix Salaried Plan; Plan Administrator
16   for the King Radio Plan,

17            Defendants.

18
                 ---------------------------------------
19         DEPOSITION UNDER ORAL EXAMINATION OF:
                      BRIAN J. MARCOTTE
20                    October 11, 2012
                      -----------
21         REPORTED BY:  JENNIFER L. WIELAGE, CCR
                      -----------
22            ESQUIRE DEPOSITION SOLUTIONS
                90 Woodbridge Center Drive
23            Woodbridge, New Jersey 07095
              (732) 283-1008 or (800) 247-8366
24
     JOB #  377758
25
```



Case 2:10-cv-01618-SRB   Document 147-1   Filed 10/23/12   Page 3 of 5

BRIAN J. MARCOTTE  Confidential                         October 11, 2012
FRAZIER vs. HONEYWELL PENSION AND SAVINGS                           139

1  document indicates that Mr. Frazier is
2  covered by two separate pension plans.
3  This was not done for any multiplan
4  employees.
5          I'm paraphrasing that that
6  abbreviation capital EES is employees.
7  Did I read that correctly?
8       A.   Yes, but it goes on to say,
9  however, we have confirmed that the
10 calculations projections were based on
11 his two plan affiliation.
12      Q.   Right.  It's correct to
13 state that there are numerous employees
14 under the Bendix Plan who also
15 participate or are participants in other
16 plans, correct?
17      A.   I don't know the number, but
18 there are people who are in Bendix who
19 also participate under another plan.
20      Q.   And equally true, there are
21 people who participated or participate in
22 the King Radio Plan who participate in
23 other plans like Mr. Frazier, correct?
24      A.   That's correct.
25      Q.   So did you -- were you aware



Case 2:10-cv-01618-SRB   Document 147-1   Filed 10/23/12   Page 4 of 5

BRIAN J. MARCOTTE  Confidential                    October 11, 2012
FRAZIER vs. HONEYWELL PENSION AND SAVINGS                        159

```
 1        A.    A summary plan description
 2   for the Bendix Plan while he was at
 3   Olathe, Kansas?  He was in the cash
 4   balance plan when he was in Olathe,
 5   Kansas, so he wouldn't receive a summary
 6   plan description.
 7        Q.    Right.  Do you have any
 8   knowledge to dispute that he did not
 9   receive such a summary plan description?
10        A.    No.
11        Q.    Do you have any knowledge to
12   dispute that he never received a summary
13   plan description for the King Radio Plan
14   while he was in Olathe, Kansas?
15        A.    No.
16        Q.    Do you know whether King
17   Radio was part of AlliedSignal Aerospace?
18        A.    I'm not sure if that's their
19   legal entity that it's called but it is
20   in the family of Aerospace businesses.
21        Q.    Do you know what an
22   affiliated company is under the terms of
23   the pension plans?
24              MR. RUMELD:  Object to the
25         form.  It's too vague.
```



Case 2:10-cv-01618-SRB   Document 147-1   Filed 10/23/12   Page 5 of 5

BRIAN J. MARCOTTE  Confidential                          October 11, 2012
FRAZIER vs. HONEYWELL PENSION AND SAVINGS                            163

```
 1            C E R T I F I C A T E
 2             I, JENNIFER WIELAGE, a
 3   Notary Public and Certified Shorthand
 4   Reporter, do hereby state that prior
 5   to the commencement of the examination
 6              BRIAN J. MARCOTTE
 7             was duly sworn by me to
 8   testify to the truth, the whole truth
 9   and nothing but the truth.
10             I do further state that the
11   foregoing is a true and accurate
12   transcript of the testimony as taken
13   stenographically by and before me at
14   the time, place and on the date
15   hereinbefore set forth.
16             I do further state that I am
17   neither a relative nor employee nor
18   attorney nor counsel of any of the
19   parties to this action, and that I am
20   neither a relative nor employee of
21   such attorney or counsel and that I am
22   not financially interested in this
23   action.
24   _____
             JENNIFER WIELAGE
25           License No. 30X100191600
```

