# EXHIBIT B

## CLAIM DECISION TEMPLATE

### EMPLOYEE INFO & HISTORY

| | |
|---|---|
| NAME: | Thomas G. Frazier                          SSN   Redacted |
| ADDRESS: | 5233 E. Angela Drive Scottsdale, AZ 85254 |
| PENSION PLAN: | Bendix Salaried & Avionics Salaried (Retirement Earnings Plan Supplement A and Supplement CC, respectively) |
| SERVICE DATES: | Hired w/ Sundstrand 08/01/88; Acquired by Bendix 11/12/93; transferred to Avionics 04/01/96 |
| COMPANY/LOCATION: | Prescott, AZ; Olathe, KS |

### CLAIM SUMMARY:

Mr. Frazier was originally hired at the Data Control division of Sundstrand Corporation; which was acquired by AlliedSignal on 11/12/93. He was placed in the Bendix Salaried pension plan effective on the date of the acquisition; and granted career vesting service and credited service limited to 11/12/93 forward. On 04/01/96 Mr. Frazier transferred employment to the Olathe, KS AlliedSignal site. As a result of this transfer to Olathe, Mr. Frazier to transfer into the Avionics

It is Mr. Frazier's contention that 1) he was not informed he would switch plans as a result of the transfer; 2) that the two plan benefit is not as valuable as the single Bendix benefit, 3) had he been informed of the change he would not have transferred to Olathe (or negotiated to remain in the Bendix plan); 4) the change in accrual rate is a violation of Dept. of Labor laws and the Sundstrand purchase agreement; 5) that his transfer out the Bendix Salaried formula is a violation of the Bendix/Sundstrand purchase agreement.

In a subsequent letter, Mr. Frazier provided a copy of a memo from Tom Early (HR at Olathe) dated 5/91 stating transfers from Bendix to Bendix/King would be remain in the Bendix Salaried plan; and he therefore should maintain that plan affiliation.

Mr. Frazier is requesting that he be treated as being covered under the Bendix Salaried formula for his entire career.

### HISTORY OF THIS CLAIM:
(Siebel records, records of prior inquiries relevant to claim)

Mr. Frazier hired with Sundstrand in 1988 and became an Ee of Honeywell (then AlliedSignal) as a result of the Sundstrand acquisition. All acquired Ees from Sundstrand were granted career vesting service back to their original hire date w/ Sundstrand; w/ credited service limited to the acquisition date forward.

In April 1996 the Prescott, AZ site where Mr. Frazier was located was closed. He was given the option of transferring to either Redmond, WA or Olathe, KS. Mr. Frazier opted to transfer to Olathe.

This transfer to a new site, which did not participate in the Bendix Salaried pension plan, caused Mr. Frazier to become eligible for and covered under the pension plan sponsored by the site (Avionics) and no longer be eligible to continue participating in the Bendix Salaried pension plan.

### RESEARCH:

1) Plan or Special Agreement Provisions relevant to Claim (Citation of Plan, SPD, Agreement Provisions):

- Section 1.08 of Supplement CC (Avionics) defines Eligible Employee as a salaried Ee employed at the Company's General Aviation Avionics operations in the US.
- Section 1.09 of Supplement CC (Avionics) defines Employing Unit as a location designated to the Company's General Aviation Avionics operations
- Section 1.10 of Supplement A (Bendix) defines Eligible Employee as an Ee employed by the Employer at a participant location

06/25/09                    12:34 PM                    EXHIBIT P-24  10/11/12                    FR000872

D0009805

- Section 1.11 of Supplement A (Bendix) defines Employer as an Affiliation division or laction of the Company which participates in the plan.
- Section 3.12 of the Retirement Earnings Plan
- Copy of a memo from Tom Early dated 5/20/91 addressed to Bendix Transferees regarding Benefits Plan Update. Section 1 of the memo states that Ees who transfer from any Bendix location into the Bendix/King location(s) will remain covered under the Bendix Salaried plan. (Note: General Aviation Avionics is the successor to King Radio.)
- Included for reference purposes is Mr. Frazier's 2000 Pension Choice Statement and screen shot of his election. (Note: neither document indicates that Mr. Frazier is covered by two separate pension plans. This was not done for any multiplan Ees. However, we have confirmed that the calculations/projections were based on his two plan affiliation.)

2) RBA Documentation/Procedures (info from operating procedures and employee file):
- "CAS Associates Grandfathered in Bendix Plan" – a list of 39 Ees who were grandfathered into the Bendix Salaried formula after transferring to a General Aviation Avionics location.
  Note 1: Tom Early did not have the authority to grant the provision indicated in his 5/20/91 memo; nor did he seek approval from the plan administrator.
  Note 2: The benefit for these is calculated under their true plan affiliation (Bendix & Avionics) and again solely under Bendix. The difference in benefit amount is paid from the nonqualified plan.
  Note 3: None of the Ees acquired through Sundstrand who worked in the Prescott, AZ facility and transferred to Olathe had this exception applied to their benefit.

3) Claims Precedent (how similar cases were handled):
None of this specific scenario

**RECOMMENDATION BY FUNCTIONAL OWNER:**

Deny Claim: Mr. Frazier transferred employment from a location that sponsored the Bendix Salaried pension plan to a location that does not. He was therefore no longer eligible to continue participating in the Bendix Salaried plan. His statement that Ees who chose to transfer to the Redmond, WA site remain covered under the Bendix Salaried plan is irrelevant since this site sponsors that plan. Tom Early's memo is irrelevant as well since he did not have the authority to make the decision, it was applied to a limited group of Ees and none of those Ees transferred from the Prescott site.

**RECOMMENDATION BY COUNSEL:**
(w/plan citation for reason of denial if applicable)

**DIRECTOR DETERMINATION:**