# EXHIBIT C

SUSAN FORD, 10/02/12

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                     DISTRICT OF ARIZONA
 3
 4    Thomas G. Frazier, a
 5    married man,
 6            Plaintiff,         Case No. CV 10-1618-PHX-SRB
 7    vs.
 8    Honeywell Pension and Savings
 9    Plan; Honeywell, Inc., a
10    Delaware corporation; Honeywell
11    Retirement Earnings Plan;
12    Honeywell Secured Benefit Plan;
13    Bendix Salaried Plan; King Radio
14    Plan; Plan Administrator for the
15    Honeywell Pension and Savings
16    Plan; Plan Administrator for the
17    Honeywell Retirement Earnings
18    Plan; Plan Administrator for the
19    Honeywell Secured Benefit Plan;
20    and Plan Administrator for the
21    Bendix Salaried Plan; Plan
22    Administrator for the King Radio
23    Plan,
24         Defendants.
25    _____/
```

Chapa & Giblin (313) 961-2288

SUSAN FORD, 10/02/12

Page 2

```
 1         THIS DEPOSITION CONTAINS INFORMATION DEEMED TO BE
 2         CONFIDENTIAL UNDER THE TERMS OF THE PROTECTIVE ORDER
 3
 4              The Deposition of SUSAN FORD,
 5              Taken at 8600 Wickham Road, Dearborn Boardroom,
 6              Romulus, Michigan,
 7              Commencing at 10:02 a.m.,
 8              Tuesday, October 2, 2012,
 9              Before Viola Newman, CSR-4320, RPR.
10
11    APPEARANCES:
12
13    JENNIFER LYNN KROLL
14    Martin & Bonnett, P.L.L.C.
15    1850 North Central Avenue
16    Suite 2010
17    Phoenix, Arizona 85004
18    602.240.6900
19    jkroll@martinbonnett.com
20        Appearing on behalf of the Plaintiff.
21
22
23
24
25
```

SUSAN FORD, 10/02/12

Page 121

```
 1            of this distribution list?  Is there anything these
 2            people have in common?
 3     A.     These people would be benefit administrators at our
 4            locations that worked with the Bendix Salaried Plan.
 5     Q.     I'm going to ask you to look at Exhibit 11 again.  I
 6            just had one more question on Exhibit 11.  You wrote
 7            in the first email on the top of the page -- you wrote
 8            let's make sure with these transfers that they are
 9            informed correctly.  What did you think they needed to
10            be informed of?
11     A.     That there was a proper description of how their
12            pension benefits would be treated if they moved from
13            the Bendix Salaried Plan to the King Plan.
14     Q.     Did you think it was important that these transfers
15            were informed correctly?
16     A.     Yes.
17     Q.     Why?
18     A.     Because it's the proper way to do their calculation.
19     Q.     Did you ever have any conversations with Tom Frazier?
20     A.     I don't recall, not that I recall.
21     Q.     Did you have -- while you're employed, did you have
22            conversations with anyone about Tom Frazier's pension
23            benefits?
24     A.     I do recall a conversation with Cathy.
25     Q.     And can you tell me what that conversation was?
```

Chapa & Giblin (313) 961-2288

```
 1                    CERTIFICATE OF NOTARY
 2    STATE OF MICHIGAN )
 3                     ) SS
 4    COUNTY OF OAKLAND )
 5
 6              I, Viola Newman, a Notary Public in and for
 7        the above county and state, do hereby certify that the
 8        above deposition was taken before me at the time and
 9        place hereinbefore set forth; that the witness was by
10        me first duly sworn to testify to the truth, and
11        nothing but the truth; that the foregoing questions
12        asked and answers made by the witness were duly
13        recorded by me stenographically and reduced to
14        computer transcription; that this is a true, full and
15        correct transcript of my stenographic notes so taken;
16        and that I am not related to, nor of counsel to either
17        party nor interested in the event of this cause.
18
19
20
21                               _____
22                               Viola Newman, CSR-4320, RPR
23                               Notary Public,
24                               Oakland County, Michigan
25    My Commission expires:  December 4, 2013
```