# EXHIBIT D



**Memorandum**

Automotive World Headquarters
Southfield, Michigan

Date: July 21, 1994

To: DISTRIBUTION

From: Susan L. Ford

Subject: THE SALARIED EMPLOYEES' PENSION PLAN OF ALLIEDSIGNAL INC. AMENDMENT TO PROVISIONS COVERING BENDIX SALARIED EMPLOYEES

In an effort to promote our One-Company philosophy while streamlining our processes, AlliedSignal's Leadership has approved certain amendments to the Corporation's three major pension plans—covering the Allied Salaried, Bendix Salaried and Signal employees. The following information outlines these changes as they specifically impact traditional Bendix Plan participants. The eligibility requirements and basic formulas used to compute benefits remain the same. The changes that have been made are meant to standardize practices and procedures between the three major salaried plans.

- **Breaks In Service Of Less Than One Year**

  Up to now, we have granted credited service for any reductions in force which commenced on or after October 1, 1976, if the employee returned to work within one year. **Effective immediately, we will also recognize "quit" periods for credited service provided the employee is reemployed within one year.** This change applies to employees who are currently active or otherwise accruing service. In addition, as in the RIF rule, the quit must have commenced on or after October 1, 1976.

- **Pension Eligibility: Credited Service/Vesting Service**

  Credited service is the service used in the actual pension computation; vesting service is used to determine eligibility for a pension benefit. While most employees' credited service and vesting service are the same, some employees may have received vesting service as a result of service with a company that AlliedSignal has acquired. The requirements to determine eligibility for retirement have been favorably modified as shown in the comparison chart on the following page.

BXADMIN.DOC/1



D0063082

| Current Plan | Amended Plan |
|---|---|
| **Early Retirement:** | |
| • Age + Credited Service = 80 | Age + **Vesting** Service = 80 |
| • Age 55/5 Years Credited Service | Age 55/5 Years **Vesting** Service |
| Age 55/10 Years Vesting Service | |
| **Normal Retirement:** | |
| • Age 65/5 Years Credited Service | Age 65 Or Later with at Least 5 Years Of **Vesting** Service |

As indicated in the chart, **vesting service can now be used to determine eligibility for 80 Points.** Up to this time, only credited service was used in the determination of 80 points. Again, only credited service is used in the actual calculation.

- **Optional Forms Of Payment - Joint & Survivor**

    - **Elimination of 66-2/3% Joint & Survivor Option and Addition of 75% Option**

        Effective with pension counseling and sign-up sessions that occur after today, **the 66-2/3% Joint & Survivor Annuity will no longer be available** as an optional form of payment under the Plan. In its place, we will offer a Joint & 75% Survivor Annuity Option which provides a reduced monthly benefit to the retiree for life and, upon his/her death, a lifetime benefit to the surviving spouse equal to 75% of that which had been payable to the retiree. Please note that:

        - As with the 50% and 100% Options, the benefit payable to the spouse in the event of the retiree's death will always be the after age 62 (or lifetime) benefit, before the application of level income, if elected.
        - The 66-2/3% Joint & Survivor Option resulted in a decrease to the pensioner's benefit in the event the spouse died first. **The 75% Option will operate the same way as the 50% and 100% Options--there is no reduction in the pensioner's benefit under any of the options should the spouse die first.**
        - As is true of the Joint & 50% and Joint & 100% Annuity Options currently offered under the Plan, the charge for election of the 75% Option will be based upon the age difference between the participant and spouse.

    - **Addition Of Ten Year Certain & Life Option**

        Retiring employees will also have the opportunity to select a Ten Year Certain & Life Option. This payment form, which offers a reduced **lifetime benefit to the retiree** of 95% of his/her single life annuity amount, carries special provisions should the retiree die before receiving 120 monthly payments from the Plan. In such cases, benefits will

be continued after the pensioner's death to a named beneficiary (primary and/or contingent) until such time as the retiree and beneficiary(ies) have collectively received a total of 120 monthly payments. An illustration follows:

| Retiree Death Occurs: | Beneficiary(ies) Receive(s): |
|---|---|
| • After Receiving 1 Payment | 119 Monthly Payments, Then Cease |
| • After Receiving 119 Payments | 1 Monthly Payment, Then Cease |
| • After Receiving 120 Payments | No Benefit Payable To Beneficiary |

*Benefit Continues For Retiree's Life With No Maximum Number Of Payments*

A retiree who chooses this option may change the beneficiary designation at any time by providing written notice to the Company. A beneficiary may choose to collect survivor benefits monthly or in a lump-sum based upon the net present value of the remaining, guaranteed payments; if more than one beneficiary is eligible for survivor benefits, all must agree to a common distribution approach. In the event that a beneficiary dies before collecting all residual benefits due, a lump-sum based upon the net present value of the remaining, guaranteed payments will be paid to the beneficiary's estate. A beneficiary receiving payments may not elect his or her own beneficiary; only the retiree may elect a primary or contingent beneficiary.

- **Actuarial Factors And Tables/Calculation Techniques**

The three major plans will all now be using a common set of factors to determine the charge for optional payment forms and the amount of level income supplements. A copy of the table for the Joint & Survivor Annuity Options is enclosed. You will notice that:

- Currently, we use standard rounding procedures (i.e.; 3.500 years or less rounds down to 3 years; 3.501 or more rounds up to 4 years) to determine the age difference between the retiree and spouse for purpose of selecting the appropriate Joint & Survivor reduction factor. Under the new standardized practice, **we will always round down to the next lower whole year (i.e.; 3.872 year age difference will result in use of the 3 year, not the 4 year, age difference factor).**

- Currently, we do not permit an under age 62 employee to select the Level Income feature if his/her pension benefit will reduce to zero upon attainment of age 62. **Effective immediately, an early retiree may choose the Level Income feature regardless of the post age 62 benefit amount.**

BXADMIN.DOC/3

D0063084

- **Post-Retirement Death Benefit Changes**

    Under existing provisions, a retiree may elect a new survivor option if he should remarry after losing his initial survivor through death or divorce. This practice has been discontinued for all Plan participants, including those who are already retired. Retiree Benefits Administration has announced this change to retirees in a home mailing.

**Bridge Leaves of Absence**

The following will serve to reiterate and/or clarify the terms of the Bridge Leave policy that has been adopted **retroactive to January 1, 1994:**

- If, at the end of the severance period, an employee is not immediately retirement eligible but is **within two years of regular early retirement** at age 55 with five or more years of service, he/she *will* **be granted** an unpaid leave of absence—for both age **and** service purposes—of up to two years.

    — *Or* —

    If, at the end of the severance period, an employee is **within three years of qualifying for an "80 Point" Retirement (Age + Service = 80 or more)** he/she *will* **be granted** an unpaid leave of absence of up to three years in order to receive an 80 Point Retirement. This Bridge Leave to 80 Points will be granted even if the retiree is already eligible to an age 55 and 5 retirement.

    If, at the end of the severance period, an employee is within 3 years of being eligible for Normal Retirement **but not entitled to a benefit under the Early Retirement provisions,** then he or she will be bridged up to three years in order to achieve Normal retirement.

- **Unpaid leaves of absence** *will not* **be granted** following the severance period so as to permit a terminated employee to achieve the required five years of service **to qualify for a deferred, vested pension or solely to attain eligibility/improved contribution terms for retiree medical insurance.**

- In the past, policy required that an employee could only be granted a Bridge Leave Of Absence until such time as he/she reached the earliest milestone for immediate retirement. **As revised, an employee may continue on unpaid leave of absence beyond the earliest milestone if he/she can achieve entitlement to an enhanced pension (i.e.; "80 Point" rather than 55/5) within the total leave period.**

BXADMIN.DOC/4

D0063085

- Once granted, the employee may request that a Bridge Leave be discontinued at any time. In such cases, pension entitlement will be determined in accordance with the participant's attained age and service as of the date the employee stopped the leave.

- An employee on such a leave of absence may continue to participate in the same medical, non-contributory term life, and personal accident group insurance programs as are offered to similarly situated active employees during the leave of absence period provided that he/she pays **100% of the unsubsidized Company cost**—which may differ significantly from active employee contribution rates—for such coverage.

    Contributory Group Universal Life (GUL) coverage may be continued on a direct payment basis with the carrier during the leave of absence period and following retirement.

    Dental coverage may be continued only under the provisions of COBRA.

    Long-Term Disability coverage will not be continued during the leave of absence.

- An employee need not retain participation in a Company-sponsored medical plan during the leave of absence period in order to qualify for participation in the Retiree Medical Program upon pension commencement **so long as he/she can either (a)** provide evidence of continuous coverage—for each proposed enrollee who was previously covered by an AlliedSignal medical plan—in a *group* health plan sponsored by another employer, **or (b)**, can provide evidence of good health/insurability for each proposed enrollee that is acceptable to our carrier.

- Service granted during a Bridge Leave Of Absence will also be considered in determining eligibility for participation in the Retiree Medical Program as well as in establishing the contribution assessed for such coverage.

## IMPACT OF STANDARDIZATION CHANGES--REVISED FORMS AND TOOLS

### Bendix Calculation System

The Bendix calculation system has been updated to reflect the revised Joint & Survivor Annuity and Level Income Factors. We have also made some enhancements to the calculation itself and have enclosed a sample. You will notice that for an under age 62 retiree, the calculation is now done on two pages. Page 1 shows the benefit amounts, both pre and post age 62 under each of the Joint & Survivor Annuity Options as well as the Ten Year Certain and Life. The Level Income is shown on page 2 and also shows each of the optional forms of payment with Level Income. If the retiree is age 62 or older, the calculation will be confined to one page, since the retiree would not be eligible for Level Income. If the retiree is single, the Ten Year Certain and Life arrangement will still print since

BXADMIN.DOC/5

the beneficiary under this arrangement does not have to be a spouse. We have enhanced the calculation system to reflect all of the combinations so that you may simply supply the retiree with a copy of the calculation. If you have been preparing a BC111, you no longer need to do so. If you have not been preparing a BC111, you can now provide a more complete estimate without performing any mathematical calculations!

Also enclosed is a revised Calculation Input form which will allow you to fax more than one request per page. **It is no longer necessary to indicate a specific J&S Option (for example 050) since all will print out automatically if you submit a spouse birthdate.** It is not necessary to specify a birthdate for the Ten Year Certain and Life Option since the factor is always .95. **If you have a single retiree, leave the spouse birthdate field blank; you will still see the Ten Year Certain and Life Option reflected in the calculation.**

### Joint and Survivor Annuity Factors

Although the calculation system has been updated to reflect the revised J&S factors, you should be aware that the 50% Option now begins with a factor of .89 rather than .90 if the retiree and spouse are within 3 years of each other in age (and remember, 3 years now means up to 3 years and 364 days!). In other circumstances, the factors may be more favorable than before. You will want to review the table to familiarize yourself with the factors.

### Joint and Survivor Annuity Form

Enclosed is a revised Joint and Survivor form which reflects the 75% Annuity Option and the Ten Year Certain and Life Option. Please take some time to read both sides of the form to review the survivor options available under the Plan. If the retiree is married and wishes to a) reject all of the Joint & Survivor Annuity Options or b) elect the Ten Year Certain and Life with the spouse as beneficiary, the retiree must complete the enclosed "Waiver of Automatic Joint & Survivor Option". Completion of the Waiver is in addition to the Joint and Survivor Annuity Form and the retiree's and spouse's signatures must be notarized by a **non** AlliedSignal employee.

### Level Income Option Form

You will remember that the previous Level Income Option Form had a reference to the Level Income Option becoming inoperable if the benefit after age 62 resulted in zero or a negative balance. The enclosed revised form removes that language since the retiree benefit will be adjusted to allow the election of Level Income to result in no benefit after age 62. Please destroy the form that you are currently using.

**When Do We Start?**

As mentioned, you need to **begin immediately** to counsel retirees using the new standardization rules. Calculations submitted to Southfield for estimates will be run using the updated calculation system. Retirement packages (with the exception of September 1, 1994 retirements) which are already in Southfield will be processed as they were counseled, using the old options. September 1 retirees will be rerun and we will supply you with the estimates so that you may go back and recounsel using the new optional forms of payment.

We are very pleased that the plan standardization changes represent, for the most part, pension benefit enhancements for our employees. There will be a general employee announcement going to all plan participants in the near future which will outline these changes. The information presented here is lengthy, but we wanted to make sure to advise our administrators of these changes before employees are notified, so that you will be in a position to answer detailed questions.

In conjunction with some pension-related changes within HRMS, Administrators are being asked to attend an all-day meeting in Southfield on August 10. Discussion of the Plan changes outlined here will also be an agenda item. In the meantime, please do not hesitate to contact me at (810) 827-6222, Lynn Grey at (810) 827-5305 or Bea Albertson at (810) 827-5507 if you should have any questions.

Enclosures

c: S. Harmon
R. Hawkins
J. Hofmeister
D. McConnell
J. Snethen
G. Yeaw

BXADMIN.DOC/7 07/20/94

## OPTION FACTORS

### JOINT AND SURVIVOR OPTION FACTORS

| OPTION % | FACTOR* | |
|---|---|---|
| 50% | 89.00% | * To be used for pensioner |
| 75% | 85.00% | and spouse who are within |
| 100% | 81.00% | a 3-year age difference |

| YEAR | YOUNGER SPOUSE 50% | YOUNGER SPOUSE 75% | YOUNGER SPOUSE 100% | YEAR | OLDER SPOUSE 50% | OLDER SPOUSE 75% | OLDER SPOUSE 100% |
|---|---|---|---|---|---|---|---|
| 00 | 89.00 | 85.00 | 81.00 | 00 | 89.00 | 85.00 | 81.00 |
| 01 | 89.00 | 85.00 | 81.00 | 01 | 89.00 | 85.00 | 81.00 |
| 02 | 89.00 | 85.00 | 81.00 | 02 | 89.00 | 85.00 | 81.00 |
| 03 | 89.00 | 85.00 | 81.00 | 03 | 89.00 | 85.00 | 81.00 |
| 04 | 88.75 | 84.62 | 80.50 | 04 | 89.25 | 85.38 | 81.50 |
| 05 | 88.50 | 84.25 | 80.00 | 05 | 89.50 | 85.75 | 82.00 |
| 06 | 88.25 | 83.87 | 79.50 | 06 | 89.75 | 86.13 | 82.50 |
| 07 | 88.00 | 83.50 | 79.00 | 07 | 90.00 | 86.50 | 83.00 |
| 08 | 87.75 | 83.12 | 78.50 | 08 | 90.25 | 86.88 | 83.50 |
| 09 | 87.50 | 82.75 | 78.00 | 09 | 90.50 | 87.25 | 84.00 |
| 10 | 87.25 | 82.37 | 77.50 | 10 | 90.75 | 87.63 | 84.50 |
| 11 | 87.00 | 82.00 | 77.00 | 11 | 91.00 | 88.00 | 85.00 |
| 12 | 86.75 | 81.62 | 76.50 | 12 | 91.25 | 88.38 | 85.50 |
| 13 | 86.50 | 81.25 | 76.00 | 13 | 91.50 | 88.75 | 86.00 |
| 14 | 86.25 | 80.87 | 75.50 | 14 | 91.50 | 88.75 | 86.00 |
| 15 | 86.00 | 80.50 | 75.00 | 15 | 91.50 | 88.75 | 86.00 |
| 16 | 85.75 | 80.12 | 74.50 | 16 | 91.50 | 88.75 | 86.00 |
| 17 | 85.50 | 79.75 | 74.00 | 17 | 91.50 | 88.75 | 86.00 |
| 18 | 85.25 | 79.37 | 73.50 | 18 | 91.50 | 88.75 | 86.00 |
| 19 | 85.00 | 79.00 | 73.00 | 19 | 91.50 | 88.75 | 86.00 |
| 20 | 84.75 | 78.62 | 72.50 | 20 | 91.50 | 88.75 | 86.00 |
| 21 | 84.50 | 78.25 | 72.00 | 21 | 91.50 | 88.75 | 86.00 |
| 22 | 84.25 | 77.87 | 71.50 | 22 | 91.50 | 88.75 | 86.00 |
| 23 | 84.00 | 77.50 | 71.00 | | | | |

The following factors are to be used when the spouse is more than thirteen (13) years older or more than twenty-three (23) years younger than the employee.

| OPTION % | YOUNGER SPOUSE | OLDER SPOUSE |
|---|---|---|
| 50% | 84.00% | 91.50% |
| 75% | 77.50% | 88.75% |
| 100% | 71.00% | 86.00% |

### 10 YEAR CERTAIN AND LIFE/LIFE WITH 120 PAYMENTS GUARANTEED OPTIONS

| PERIOD | FACTOR |
|---|---|
| 10 Years | 95.00 |

JSOPT.XLS 7/7/94

D0063089

```
SALARIED EMPLOYEES PENSION PLAN OF ALLIEDSIGNAL INC.   (P0443R94)                                    RUN DATE 07/20/94 PAGE 1

                                                       DIVISION                                RETIREMENT TYPE    EARLY    R94N
                                                                                               RETIREMENT DATE  07/01/94
                                                       NAME - I. D. LM                              BIRTH DATE  06/15/35
                                                       SOC. SEC. NO.   - -
                                                                                        *  THIS CALCULATION IS AN ESTIMATE WHICH IS
                                                                                        *     SUBJECT TO FINAL AUDIT BY RBA.

                                                                              STANDARD        ALTERNATE           BENEFIT
                                                                             (A) METHOD     (B) METHOD B        (C) PAYABLE
 ( 1) DATE OF BIRTH  - 06/15/35
 ( 2) PENSION DATE   -   /  /
 ( 3) AGE AT RETIREMENT - - - - - - - - -      59.044
 ( 4) CREDITED SERVICE  - - - - - - - - -      25.000
 ( 5) POINTS  ( 3 PLUS 4 ) - - - - - - - -     84.044

 ( 6) SERVICE UP TO 25 YEARS ( FROM 4 )  -  -  25.000  X  2.0%  =    50.000
 ( 7) SERVICE IN EXCESS OF 25 YEARS
       ( 4 MINUS 6 )  - - - - - - - -                  X  0.5%  =
 ( 8) TOTAL PERCENTAGE     ( 6 PLUS 7 )- -                         -  50.000
 ( 9) AVERAGE MONTHLY SALARY - - - - - -                            3,000.00                3,000.00
 (10) PERCENTAGE  - - - - -                                                                    .75%
 (11) AMOUNT OF BENEFIT FOR EACH YEAR OF SERVICE                                               22.50
 (12) STANDARD ADDITIONAL AMOUNT  - - - -                                                       8.00
 (13) TOTAL BENEFIT FOR EACH YEAR OF SERVICE                                                   30.50
 (14) ADJUSTED CREDITED SERVICE - - - - -                                                      25.000
 (15) GROSS BENEFIT  - - - - - -                       ( 8 X 9 )    1,500.00    - ( 13 X 14 )  762.50
 (16) REDUCTION FACTOR                                100.000%
      LESS: TOTAL YEARS EARLY  -  -   6.000  ( X 2.0% )= - -  12.000%
             YRS EARLY OVER FIVE  -   1.000  ( X 2.0% )= - -   2.000%
                                             ( X 4.8% )=
      (ALT. A ) YRS EARLY NOT OVER 5 -       ( X 7.2% )=
             NET REDUCTION FACTOR  - - -                             86.000%
 (17) MONTHLY BENEFIT TO AGE 62  - - - -                            1,290.00                1,147.50           1,290.00
 (18) ESTIMATED SOC SEC   879.00  X (6) 50.000%  = ESTIMATED OFFSET   439.50
 (19) SUPPLEMENTAL BENEFIT  -  -07/01/97  - - - -                                              385.00
 (20) MONTHLY BENEFIT AFTER AGE 62 -07/01/97 - - - -  ( 17 - 18 )     850.50    - ( 17 - 19 )  762.50            850.50

 JOINT & SURVIVOR ANNUITY OPTIONS         SURVIVOR DATE OF BIRTH: 06/05/40

 (21) SURVIVOR FACTOR FOR 50 %   OPTION =                            .8875
 (22) RETIREE REDUCED MONTHLY BENEFIT AFTER AGE 62 ( 20C X 21 ) -    07/01/97                                    754.82
 (23) SURVIVOR BENEFIT AFTER RETIREE DEATH    (OPTION X X 22 )       07/01/94-06/01/97                           377.41
 (24)
 (25) RETIREE REDUCED BENEFIT TO AGE 62                              07/01/94-06/01/97                         1,194.32

 (26) SURVIVOR FACTOR FOR 75 %   OPTION =                            .8462
 (27) RETIREE REDUCED MONTHLY BENEFIT AFTER AGE 62 ( 20C X 26 ) -    07/01/97                                    719.69
 (28) SURVIVOR BENEFIT AFTER RETIREE DEATH    (OPTION X X 27 )                                                   539.77
 (29)
 (30) RETIREE REDUCED BENEFIT TO AGE 62                              07/01/94-06/01/97                         1,159.19

 (31) SURVIVOR FACTOR FOR 100 %  OPTION =                            .8050
 (32) RETIREE REDUCED MONTHLY BENEFIT AFTER AGE 62 ( 20C X 31 ) -    07/01/97                                    684.65
 (33) SURVIVOR BENEFIT AFTER RETIREE DEATH    (OPTION X X 32 )                                                   684.65
 (34)
 (35) RETIREE REDUCED BENEFIT TO AGE 62                              07/01/94-06/01/97                         1,124.15

 (36) SURVIVOR FACTOR FOR 10 YR. OPTION =                            .9500
 (37) RETIREE REDUCED MONTHLY BENEFIT AFTER AGE 62 ( 20C X 36 ) -    07/01/97                                    807.98
 (38) SURVIVOR BENEFIT AFTER RETIREE DEATH - - BALANCE OF 120 PAYMENTS
 (39)
 (40) RETIREE REDUCED BENEFIT TO AGE 62                              07/01/94-06/01/97                         1,247.48

 DEATH BENEFIT:  - - - - - - - - - - - - -                        $ 5,400.00
```

D0063090

```
SALARIED EMPLOYEES PENSION PLAN OF ALLIEDSIGNAL INC.   (P0A43R94)   DIVISION                          RUN DATE 07/20/94 PAGE 2
                                                                                                      RETIREMENT TYPE  EARLY      R94N
                                                                   NAME - I. D. LM                    RETIREMENT DATE  07/01/94
                                                                   SOC. SEC. NO.                          BIRTH DATE  06/15/35

                                LEVEL INCOME OPTION - RETIREE BENEFIT                              ** ELECTION OF LEVEL INCOME OPTION  **
                                ------------------------------------                               ** DOES NOT AFFECT SURVIVOR BENEFIT. **

(41) ESTIMATED SOCIAL SECURITY BENEFIT  - - - - - - - - - - - - - -       879.00
(42) ADDITIONAL BENEFIT TO AGE 62 (LINE 17 COL C - LINE 20 COL C)          439.50
(43) BALANCE FOR LEVEL INCOME OPTION ( 41 - 42 ) - - - - - - - - -         439.50
(44) LEVEL INCOME OPTION FACTOR  - - - - - - - - - - - - - - - - -          .7100
(45) INCREASE TO AGE 62 ( 43 X 44 )  - - - - - - - - - - - - - - -         312.05

     NO SURVIVOR OPTION WITH LEVEL INCOME
     ------------------------------------
(46) BENEFIT TO AGE 62 ( LINE 17C PLUS LINE 45 )  - - - - - - - - -    07/01/94-06/01/97      1,602.05
(47) BENEFIT AFTER AGE 62 ( 46 - 41 ) - - - - - - - - - - - - - - -    07/01/97                 723.05

     50 % OPTION WITH LEVEL INCOME
     -----------------------------
(48) BENEFIT TO AGE 62 ( LINE 25 PLUS LINE 45 )  - - - - - - - - - -   07/01/94-06/01/97      1,506.37
(49) BENEFIT AFTER AGE 62 ( 48 - 41 ) - - - - - - - - - - - - - - -    07/01/97                 627.37

     75 % OPTION WITH LEVEL INCOME
     -----------------------------
(50) BENEFIT TO AGE 62 ( LINE 30 PLUS LINE 45 )  - - - - - - - - - -   07/01/94-06/01/97      1,471.24
(51) BENEFIT AFTER AGE 62 ( 50 - 41 ) - - - - - - - - - - - - - - -    07/01/97                 592.24

     100 % OPTION WITH LEVEL INCOME
     ------------------------------
(52) BENEFIT TO AGE 62 ( LINE 35 PLUS LINE 45 )  - - - - - - - - - -   07/01/94-06/01/97      1,436.20
(53) BENEFIT AFTER AGE 62 ( 52 - 41 ) - - - - - - - - - - - - - - -    07/01/97                 557.20

     10 YR. OPTION WITH LEVEL INCOME
     -------------------------------
(54) BENEFIT TO AGE 62 ( LINE 40 PLUS LINE 45 )  - - - - - - - - - -   07/01/94-06/01/97      1,559.53
(55) BENEFIT AFTER AGE 62 ( 54 - 41 ) - - - - - - - - - - - - - - -    07/01/97                 680.53
```

D0063091

# AlliedSignal

## PENSION BENEFIT ESTIMATE

Return Estimate To: _____

Fax Number: _____

| NAME | SOC SEC # | TYPE* | EFFECTIVE DATE | CREDITED SERVICE | AVERAGE YEARLY EARNINGS | BENEFICIARY BIRTHDATE |
|---|---|---|---|---|---|---|
| | --------- | – | --------- | ---·--- | ---------·--- | --------- |
| | --------- | – | --------- | ---·--- | ---------·--- | --------- |
| | --------- | – | --------- | ---·--- | ---------·--- | --------- |
| | --------- | – | --------- | ---·--- | ---------·--- | --------- |
| | --------- | – | --------- | ---·--- | ---------·--- | --------- |
| | --------- | – | --------- | ---·--- | ---------·--- | --------- |

\* R = Normal
E = Early
V = Vested
B = LTD-Enter Current Monthly Base In Beneficiary Birthdate Field.

Penest
07/06/94

D0063092



# QUALIFIED JOINT AND SURVIVOR ANNUITY OPTION ELECTION FORM

Employee's Name _____   Soc. Sec. No. _____

Date of Birth _____   Location _____

I am familiar with and understand the provisions of the Qualified Joint and Survivor Annuity Options available under the Salaried Employees Pension Plan of AlliedSignal, Inc. **as described on the reverse side of this form.** I understand if I am married and do not make an election the 50% Option, which is the normal form of payment, will become effective with my spouse as my survivor. Under this arrangement only, in the event of my spouse's death, all benefits my spouse was, or would have been entitled to shall be paid (in equal shares) to my "dependent children" that were "dependent children" at the time of my retirement for as long as they meet the "dependent children" eligibility requirements. I also understand that the benefit payable to my survivor under any of the option choices is based on my lifetime (after age 62) benefit and before any adjustments for level income, should I be eligible and elect that option. I further understand that if I am married and wish to reject the Joint and Survivor Annuity Options or elect my spouse to the Ten Year Certain & Life Option, the properly executed "Waiver of Automatic Joint and Survivor 50% Option" is required.

I hereby make the following election:

☐   A pension will be paid to me as long as I live. On my death, my survivor, if then alive, will receive a lifetime monthly pension equal to **50% of my own pension**.

☐   A pension will be paid to me as long as I live. On my death, my survivor, if then alive, will receive a lifetime monthly pension equal to **75% of my own pension**.

☐   A pension will be will be paid to me as long as I live. On my death, my survivor, if then alive, will receive a lifetime monthly pension equal to **100% of my own**.

☐   A pension will be paid to me as long as I live. I elect the **Ten Year Certain & Life Option** so that in the event I die before receiving 120 monthly payments, my beneficiary(ies) will be entitled to receive the balance of payments until 120 monthly payments have been made from the Plan. I understand that my beneficiary(ies) may choose to receive the balance of my 120 payments as a lump sum. The "Waiver of Automatic Joint and Survivor 50% Option" is required to be signed by my spouse and notarized by a non-AlliedSignal employee.

☐   I reject all Qualified Joint and Survivor Options and the Ten Year Certain & Life Option. A pension will be paid to me as long as I live. Pension payments will cease when I die and my survivor or beneficiary(ies) will receive no benefits. The "Waiver of Automatic Joint and Survivor 50% Option" is required to be signed and notarized by a non-AlliedSignal employee.

Name of Survivor/Beneficiary _____   Soc. Sec. No. _____

Address _____
            (Number & Street)                    (City)              (State & Zip Code)

Relationship _____   Date of Birth _____   Sex _____

I have reviewed the above election with my spouse    ☐
I have not reviewed the above election with my spouse ☐

Employee's Signature _____   Date _____

Signature of Witness _____   Date _____

Signature of Spouse _____   Date _____

WORDPEN.05/1

D0063093

(To Be Attached To Option Election Form)

## WAIVER OF AUTOMATIC JOINT AND SURVIVOR 50% OPTION

_____     _____
Pensioner's Name                          Retirement Date

You are hereby notified that under the terms of the Plan, each employee who is legally married at his retirement date will automatically have his monthly pension benefit reduced to provide for the continuation of benefits to his surviving spouse upon the employee's death after retirement in accordance with the provisions of the Plan. This form of benefit is called the "Automatic Joint and Survivor 50% Option" for purposes of this form.

This automatic option is payable during the joint lifetime of you and your spouse with at least 50% of such option continuing to your spouse for life after your death. Your benefit is reduced to provide the additional benefit for your spouse. If you waive this option, your spouse must consent to such waiver, and any waiver previously made by you and your spouse may be revoked at any time within the 90 day period prior to your pension commencement date.

I have read the above notification and hereby elect to waive the Automatic Joint and Survivor 50% Option and attest that:

☐     My spouse's consent to such waiver appears below.

☐     My spouse cannot be located and I have submitted evidence
      in support of this affirmation.

☐     I am not legally married.

Pensioner's Signature _____     Date _____

   I hereby consent to such waiver and acknowledge that no
   benefit will be paid to me under the Automatic Joint and
   Survivor 50% Option:

Spouse's Signature _____     Date _____

**Witness by Notary:**

F3.43/1                                                           1/92

D0063094



## SALARIED EMPLOYEES PENSION PLAN
## OF ALLIEDSIGNAL INC.

## LEVEL INCOME OPTION

Employee Name:_____   Location:_____

[ ]   I hereby elect the Level Income Option as provided by the Salaried Employees Pension Plan of AlliedSignal Inc. (the Plan). I understand that by so electing, my benefit for each month prior to attainment of age 62 will be increased and that my benefit for each month after attainment of age 62, for the balance of my life, will be reduced. This reduction will be in addition to the normal reduction applicable upon attainment of age 62.

[ ]   I hereby reject the Level Income Option as provided by the Plan.

   I understand that this election shall become fully effective and irrevocable upon my actual retirement.

Signed _____

Date _____

Levelinc                                                                                     7/94

D0063095

July 21, 1994

DISTRIBUTION:

- Laurie Anderson ✓
- Rex Anderson ✓
- Marie Bingham
- Ed Bocik ✓
- Bryon Bolling ✓
- Paul Bonolis ✓
- Ted Botioler ✓
- Debbie Bowes
- Cindy Burnelko
- John Clark ✓
- Vivian Clayton ✓
- Ronnie Cummins
- Jere Sue Cunningham
- Hedy Dachel ✓
- Mary Darsky ✓
- John Demetski
- Jean Deschenes ✓
- Michelle Dickerson
- Kevin Doherty ✓
- Karen Edwards ✓
- Tim Griffin
- Renee Handler ✓
- Terri Harrison ✓
- Twila Harrison ✓
- William Hasler ✓
- Lisa Hentgen
- Michael Hintz
- Mike Holic
- Gordon Hudson
- Jean Jackson ✓
- Frank Jeansonne ✓
- Mary Johnson
- Carol Justice ✓
- Marilyn Kiestler ✓
- Dick Kloster
- K. C. Koo
- Barbara Lannigan ✓
- Barbara Latimer ✓

- Evelyn Mangham ✓
- Joe Mann
- Mike Manty
- Linda Mayton ✓
- Flo McCarthy ✓
- Cathy McDonald
- Velda Mitchell ✓
- Anita Morgillo ✓
- Jack Murrieta ✓
- Colleen O'Connor
- MaryLou O'Keefe ✓
- Barb Packard ✓
- Wilma Palmer ✓
- Gail Pausch ✓
- Margarit Prokopik ✓
- Sherry Richards ✓
- Janet Schmidt ✓
- Joyce Schramski ✓
- Oletha Searcy
- Rich Selders ✓
- Carol Shields
- Linda Solokas
- Janet Stout ✓
- Carolyn Streb ✓
- James Taigman
- John Thomas ✓
- Janet Waltz ✓
- Carol Wellham ✓
- Lydia Wilkins ✓
- Scott Wilson ✓

Southfield RBA:

- Bea Albertson ✓
- Diane Aleksander ✓
- Jeanette Buchman ✓
- Lynn Grey ✓
- Pat Hanson ✓
- Georgina Rokicki ✓