# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


| | |
|---|---|
| Thomas G. Frazier, a married man, )<br>                                   )<br>      Plaintiff,                    )<br>                                   )<br>                        v.         )<br>                                   )<br>Honeywell International, Inc., a   )<br>Delaware corporation; Honeywell    )<br>Retirement Earnings Plan;          )<br>Salaried Employees Pension Plan    )<br>of Allied Corporation; Salaried    )<br>Employees Pension Plan of          )<br>AlliedSignal, Inc.; Salaried       )<br>Employees Pension Plan of the      )<br>Bendix Corporation; Pension Plan   )<br>for Salaried Employees of General  )<br>Aviation Avionics; Plan            )<br>Administrator of the Honeywell     )<br>Retirement Earnings Plan; Plan     )<br>Administrator of the Salaried      )<br>Employees Pension Plan of Allied   )<br>Corporation; Plan Administrator    )<br>of the Salaried Employees Pension  )<br>Plan of the Bendix Corporation;    )<br>Plan Administrator of the Pension  )<br>Plan for Salaried Employees of     )<br>General Aviation Avionics,         )<br>                                   )<br>      Defendants.                  )<br>_____) | CV 10-1618 PHX-SRB |


DEPOSITION OF CATHERINE McDONALD

PHOENIX, ARIZONA
OCTOBER 17, 2012
8:04 A.M.


DAVID M. LEE, RMR, CCR
Certified Reporter
Certificate Number 50391

09:24 1  e-mail would have gone out to all of them saying that this

09:24 2  was coming, to look for them, and then to distribute them.

09:24 3      Q.   Did you inform the different locations about how

09:24 4  to distribute the summary plan descriptions for the Bendix

09:24 5  plan?

09:24 6      A.   No, I did not.

09:24 7      Q.   Do you -- did you give any instructions or are

09:25 8  you aware if anyone else gave instructions about how to

09:25 9  ensure that participants received the Bendix plan summary

09:25 10  plan descriptions?

09:25 11      A.   Not that I'm aware of.

09:25 12      Q.   Do you know if the different facilities

09:25 13  maintained documents concerning who the summary -- who the

09:25 14  Bendix plan summary plan descriptions were distributed to?

09:25 15      A.   I would not know that.

09:25 16      Q.   Have you seen any documents that indicate or

09:25 17  state who received Bendix plan summary plan descriptions?

09:26 18      A.   No.

09:26 19      Q.   During your tenure at Honeywell, did you ever see

09:26 20  any summaries of material modifications for the Bendix

09:26 21  plan?

09:26 22      A.   Not -- no, I did not.

09:26 23      Q.   Okay.  During your tenure with Honeywell did you

09:26 24  ever see any notices that were sent to participants

09:26 25  informing them of changes to the Bendix plan?

CONFIDENTIAL TRANSCRIPT - ROUGH DRAFT

44

09:26  1    A.    Not that I'm --

09:27  2          MR. RUMELD:  Object to the form.  Are you

09:27  3    referring to a specific type of document or any?

09:27  4    Q.    BY MS. KROLL:  Any notices that were sent to plan

09:27  5    participants regarding changes to the Bendix plan.

09:27  6    A.    No, I'm not familiar with any.

09:27  7    Q.    During your tenure with Honeywell, did you see

09:27  8    any notices to any Bendix plan participants regarding a

09:27  9    reduction in the rate of that future benefit accrual?

09:27  10   A.    I'm not sure I understand your question and what

09:27  11   you're talking about.

09:27  12   Q.    During your tenure with Honeywell, did you

09:27  13   participate or have any role in drafting any notices to

09:27  14   plan participants, to Bendix plan participants, advising

09:28  15   them that the rate of future benefit accrual would be

09:28  16   reduced?

09:28  17   A.    I -- that would not be part of my

09:28  18   responsibilities, so I am not aware of anything.

09:28  19   Q.    All right.  Do you know whose responsibilities

09:28  20   those would be, to send a notice of -- to either draft or

09:28  21   send a notice of a reduction in the rate of future benefit

09:28  22   accruals for the Bendix plan?

09:28  23   A.    No, I'm not sure.

09:28  24   Q.    Do you participate in a pension plan at

09:28  25   Honeywell?

09:28  1      A.   I do.  I do.

09:28  2      Q.   And which plan are you in?

09:28  3      A.   Allied Salaried.

09:29  4           MS. KROLL:  Russell, can you grab a document for

09:29  5  me please?  Actually two.

09:29  6           MR. HIRSCHHORN:  Yes.

09:29  7           MS. KROLL:  20, the one that's in folder 20,

09:29  8  which was previously marked, and then 41.

09:29  9           MR. SCHLEIER:  41 is the one they have.

09:29 10           MS. KROLL:  No, folder, yeah.  It gets a little

09:29 11  confusing.

09:29 12           MR. HIRSCHHORN:  Off the record a second.

09:29 13               (Discussion off the record).

09:30 14           MR. HIRSCHHORN:  We can go back on.

09:30 15           MS. KROLL:  The one that has the number that's

09:30 16  amended and restated as of January 1, 1995, it's got a

09:30 17  little number in the lower right corner, D 001024, that's

09:30 18  been previously marked as 20, so we'll keep that

09:30 19  numbering.

09:30 20           THE WITNESS:  Sure.

09:30 21               (Deposition Exhibit Number 20 was marked for

09:30 22  identification.)

09:30 23           MS. KROLL:  And then the one that's supplement A

09:30 24  should be 42.

09:30 25               (Deposition Exhibit Number 42 was marked for

10:31 1    presentation.  Who prepared it?

10:31 2        A.    I believe it was Hewitt.

10:31 3        Q.    Did you assist in the preparation of the

10:31 4    presentation?

10:31 5        A.    We reviewed the specific pension slides for

10:31 6    accuracy and clarity.

10:31 7        Q.    Did you make any changes to those slides before

10:31 8    you gave the presentation?

10:31 9        A.    I don't recall.

10:31 10       Q.    What was the purpose of this presentation that's

10:31 11   Exhibit A?

10:31 12       A.    The plant was shutting down and it was important

10:32 13   to let the employees know what would happen if they were

10:32 14   to transfer to Olathe or the avionics business in Kansas.

10:32 15       Q.    Had you given a presentation like this before?

10:32 16            MR. RUMELD:  Object to the form.  It's a little

10:32 17   vague.

10:32 18            THE WITNESS:  I don't recall whether this was the

10:32 19   first time or was one of many, but I have given similar

10:32 20   types of presentations.

10:32 21       Q.    BY MS. KROLL:  Were these other presentations you

10:32 22   gave, were they accompanied by PowerPoint slides?

10:32 23       A.    To the best of my knowledge, I think, yes.

10:32 24       Q.    And when you -- did Hewitt also prepare the

10:33 25   PowerPoint slides for the other presentations?

10:33  1    A.    I don't recall.

10:33  2    Q.    Do you recall if -- or when did you give this

10:33  3  presentation?

10:33  4    A.    This specific presentation?

10:33  5    Q.    Yes.

10:33  6    A.    I don't recall when Fort Lauderdale was supposed

10:33  7  to shut down and when all this was, but I think that it

10:33  8  was somewhere in the mid '90s.

10:33  9    Q.    I'm going to -- I think there is a date on here

10:33 10  that may help you.  If you look at the front of Exhibit A?

10:33 11    A.    Okay.  Then yes.

10:33 12    Q.    So is this the date you gave this presentation,

10:34 13  March 17th, 1997?

10:34 14    A.    I don't recall, but I assume the answer is yes.

10:34 15    Q.    Did you have speaker notes that accompanied this

10:34 16  presentation?

10:34 17    A.    I don't recall.

10:34 18    Q.    Who was in --

10:34 19    A.    I don't think so.

10:34 20    Q.    Who was in attendance at the presentation?

10:34 21    A.    Local HR and the employees of the location.

10:34 22    Q.    Do you know which employees?

10:34 23    A.    All employees who signed up.

10:35 24    Q.    Is -- so there is a sign-up list somewhere?

10:35 25    A.    I think that that's the way it happened.  That

10:35 1  was not my responsibility.  My responsibility was to
10:35 2  present this at various times throughout the day to a
10:35 3  group of employees.
10:35 4      Q.  How many times throughout the day did you give
10:35 5  this presentation?
10:35 6      A.  Five or six maybe.
10:35 7      Q.  How many employees why in each session?
10:35 8      A.  Forty to Fifty, maybe.
10:35 9      Q.  Do you know if attendance was taken at these
10:35 10 meetings?
10:35 11     A.  I don't remember.
10:35 12     Q.  Did you see anyone take -- well, was -- were the
10:36 13 PowerPoint slides passed out to employees at these
10:36 14 meetings?
10:36 15     A.  I think that they were made available, but I
10:36 16 don't recall.
10:36 17     Q.  Were employees taking notes at the meeting?
10:36 18     A.  I wasn't paying that much of attention.
10:36 19     Q.  Did you see anyone take notes at these meetings?
10:36 20     A.  No.
10:36 21     Q.  Who else besides yourself gave the presentation?
10:36 22 I think you mentioned Sue Ford already.  Was there anyone
10:36 23 else?
10:36 24     A.  No.
10:36 25     Q.  How longs did the meetings last?

10:37  1      A.   An hour or so, maybe a little longer, maybe a

10:37  2  little less, depending upon questions and answers.

10:37  3      Q.   Do you remember any of the questions that were

10:37  4  asked?

10:37  5      A.   No, I do not.

10:37  6      Q.   You told me that local HR was in attendance at

10:37  7  these meetings where this PowerPoint was given.  Who

10:37  8  was -- who were the local HR people in attendance?

10:37  9      A.   I don't recall which specific person.  I -- it

10:37 10  could have been one of three different people, I believe,

10:37 11  and at this point I only remember two names.  One was John

10:38 12  rice, the other was Tammy wolf.

10:38 13          MR. RUMELD:  Can you repeat back the last

10:38 14  question, please.

10:38 15              (Record read.)

10:38 16          MR. RUMELD:  Thank you.

10:38 17      Q.   BY MS. KROLL:  The people you just named, John

10:38 18  rice and Tammy wolf, were they HR people in Fort

10:38 19  Lauderdale?

10:38 20      A.   Yes.

10:38 21      Q.   Did anyone from Olathe or the King Radio facility

10:38 22  in Olathe attend these meetings?

10:38 23      A.   No.

10:38 24      Q.   Did you distribute this PowerPoint to

10:38 25  anyone -- any of the HR people in Olathe?

CONFIDENTIAL TRANSCRIPT - ROUGH DRAFT

68

10:39 1      A.    No.

10:39 2      Q.    Do you know if anyone else distributed this

10:39 3 PowerPoint to any of the HR people in Olathe?

10:39 4      A.    I do not know.

10:39 5      Q.    Were there any materials passed out to these

10:39 6 employees either before or after or during the meeting?

10:39 7 The meetings.  I guess there were multiple meetings.

10:39 8      A.    I believe that the presentation was made

10:39 9 available.  Whether it was passed out or whether they had

10:39 10 to come to HR to get a copy, I don't recall.

10:39 11     Q.    Were there any other materials that were

10:40 12 distributed or made available during the meetings?

10:40 13     A.    No.  Not that I'm aware of.

10:40 14     Q.    Were the meetings recorded?

10:40 15     A.    I would not have any clue.  Not that I'm aware

10:40 16 of.

10:40 17     Q.    Did you read the slides during the meeting or did

10:41 18 you have your own presentation?

10:41 19           MR. RUMELD:  Object to the form.

10:41 20           THE WITNESS:  I don't recall.

10:41 21     Q.    BY MS. KROLL:  Do you recall what you said during

10:41 22 the meetings?  Do you have an independent recollection of

10:41 23 what you said?

10:41 24     A.    Other than what's on the slides, I don't recall.

10:41 25 I don't have an independent knowledge.

10:41  1       Q.   Was everything on these slides covered at the
10:42  2   meetings?
10:42  3       A.   I don't recall.
10:42  4       Q.   Do you recall if there were any topics that
10:42  5   weren't covered?
10:42  6       A.   I don't -- I don't recall.
10:42  7       Q.   Were the meetings for a set -- scheduled for a
10:42  8   set period of time?
10:42  9       A.   Would you please clarify?  Are you saying, you
10:43 10   know, there was one at 8:00 o'clock, there was one at
10:43 11   10:00 o'clock and one at 11:00 o'clock?  Yes.
10:43 12       Q.   Okay.  And did the meeting need to be concluded
10:43 13   by a certain time?
10:43 14       A.   No.
10:43 15       Q.   You gave an example there, but I wasn't sure if
10:43 16   that was your recollection or if you remember how they
10:43 17   were scheduled?
10:43 18       A.   I don't recall how they were scheduled.
10:43 19       Q.   Okay.  And I believe you said that the sign-up
10:43 20   lists weren't your responsibility.  Do you know whose
10:43 21   responsibility they were?
10:44 22       A.   Local HR.
10:44 23       Q.   Okay.  You can put that aside for now.  I'm done
10:44 24   with that line of questioning.
10:44 25                    Are you or were you involved in the pension