# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ARIZONA
 2
    _____
 3
         Thomas G. Frazier, a married man,
 4
                   Plaintiff,
 5
             vs.                           Case No. CV
 6                                         10-1618-PHX-SRB
 7       Honeywell Pension and Savings Plan;
         Honeywell, Inc., a Delaware corporation;
 8       Honeywell Retirement Earnings Plan;
         Honeywell Secured Benefit Plan; Bendix
 9       Salaried Plan; King Radio Plan; Plan
         Administrator for the Honeywell Pension and
10       Savings Plan; Plan Administrator for the
         Honeywell Retirement Earnings Plan; Plan
11       Administrator for the Honeywell Secured
         Benefit Plan; and Plan Administrator for the
12       Bendix Salaried Plan; Plan Administrator for
         the King Radio Plan,
13                 Defendants.
    _____
14
15       DEPOSITION OF:      JOSEPH SNETHEN
16       DATE:               Thursday, October 4, 2012
17       TIME:               9:00 a.m. through 12:41 p.m.
18       LOCATION:           Myrtle Beach Convention Center
                             Sheraton Hotel Conference Room
19                           2101 North Oak Street
                             Myrtle Beach, South Carolina
20
         TAKEN BY:           Attorneys for Plaintiff
21
         COURT REPORTER:     Michele E. Starkey
22                           Certified Shorthand Reporter
23
24
25
```

```
 1                 (A short break was taken.)
 2     BY MR. SCHLEIER:
 3        Q.   Now, I think just when we were talking
 4     before, you talked about -- we were talking about
 5     distributing amendments and plan descriptions,
 6     summary plan descriptions.  Are those things that
 7     you drafted?
 8        A.   No, I didn't physically draft them.
 9        Q.   Okay.
10        A.   They were drafted by the attorneys or the
11     consultant and then there was a round robin --
12        Q.   Okay.
13        A.   -- review process.
14        Q.   Okay.
15        A.   And then when everybody, and I mean
16     everybody was convin- -- was comfortable with the
17     language --
18        Q.   Okay.
19        A.   -- then they were set in stone.
20        Q.   Okay.  Now, those -- when you said they were
21     set in stone, were they sent for some type of
22     approval to the board for --
23        A.   There was for the major plans, it went to
24     the board.
25        Q.   Okay.
```

1     A.  For the multitude of less than major plans,
2  if I'm not mistaken, the board had given to the
3  senior VP human resources the approval process to
4  amend those plans.
5     Q.  Okay.  And I think we'll later on hit some
6  documents, I think, that corroborate exactly what
7  you just said.  Now, in terms -- when you say major
8  plans, what did you mean by major plans?
9     A.  The major salaried pension plans.
10    Q.  Okay.
11    A.  The major nonunion hourly plans.
12    Q.  Okay.  Like, for example, one of the plans I
13 think we'll talk about here is the salaried
14 employees pension plan of Allied Corporation.  Was
15 that a major plan?
16    A.  Well, without knowing which group it
17 pertained to, I'd say it's one of three.
18    Q.  Okay.  Okay.  Now, in your position as a
19 director, I'll assume that you were familiar with
20 the various pension and benefit plans that applied
21 to the employees of Allied?
22    A.  For the most part.
23    Q.  Okay.
24        MR. SCHLEIER:  Could you hand me, I
25    believe number one.  We're going to change

```
 1                 VERIFICATION OF DEPONENT
 2           I, JOSEPH SNETHEN, have read the foregoing
 3   deposition consisting of 111 pages, which was
 4   reported by Michele E. Starkey, Court Reporter and
 5   Notary Public in and for the State of South
 6   Carolina, on October 4, 2012.
 7           I find the transcript of this deposition
 8   to be a true and accurate transcript according to
 9   my testimony on that date with the exception of
10   _____ corrections as listed on the attached
11   correction sheet, which was filled in by me.
12
13
14
15
16                                 _____
17
18
19
20
21   _____, 2012
22
23
24
25
```