# EXHIBIT G

**Honeywell**

Honeywell
P.O. Box 1057
Morristown, NJ 07962-1057

September 21, 2005

Dear Mr. Glover:

Thank you for contacting the Retirement & Pension Benefits Team. In response to your request, enclosed are summaries of the estimated benefits available to you and the personal information used in calculating your benefit for both the Honeywell Avioncs Pension Plan and the Bendix Salaried Pension Plan. I assure you the service you received is not up to our high standards. I truly appreciate your patience and resolve in bringing this matter to closure. Secondly, I would like to personally provide you with the information you originally requested from our benefit center. I understand that you may have been sent several correspondences and been told numerous different things from our benefit center, I want to inform you that this information enclosed in this packet is correct and to ignore all previous correspondences.

These are estimates are based on the separation date and other assumptions you provided. The actual amount of your benefit will be calculated when your employment ends.

You are entitled to a dual benefit due to your employment history with Honeywell. Your first period of employment entitles you to a benefit under the Bendix Salary Pension plan. This period of employment was from ▓▓▓ when you terminated from the company. This benefit also includes the time period from when you rehired on ▓▓▓ to when you transferred on ▓▓▓ this will total the ▓▓▓ years of credited service under the Bendix Salaried Pension Plan. This benefit can be taken as an annuity, either a Single Life Annuity, or an annuity with various Joint and Survivor options. We have prepared an estimate for 12/1/2006, as you requested.

When you transferred to Lawrence, Kansas on ▓▓▓, you then become covered under the Retirement Growth Pension Plan. This benefit can be taken as either a lump sum or an annuity upon termination. We have provided an estimate for this plan as of ▓▓▓, as you had requested. This benefit can either be taken as a lump sum or an annuity with various Joint and Survivor options.

The normal and optional forms of payment for both single and married participants are outlined on the enclosed Explanation of Benefits.

When you are ready to begin your benefit, please contact the Retirement and Pension Benefits Team 90 days prior to your anticipated commencement date for a retirement package.

If you have any questions, feel free to contact me directly at 973/455-2620 or you may contact the Retirement and Pension Benefits Team at 1-877-258-3699 and press #5, Monday through Friday, 9:a.m. through 6:p.m. Eastern Time, excluding holidays.

Sincerely,

Thomas Farrell
*Honeywell Retiree Services*
Retirement & Pension Benefits Team

CONFIDENTIAL                                                                                                    D0023806