# EXHIBIT I

Q1325

BENDIX/KING AVIONICS
RETIREMENT GROWTH PLAN
ACCRUED BENEFIT STATEMENT

QUARTER ENDING:   6/30/96

NAME:  THOMAS G. FRAZIER
    OLA   SUPERVISOR CODE: A13
SSN:

DATE OF BIRTH
ADJUSTED SERVICE DATE   8/01/1988
PARTICIPATION DATE      8/01/1988
NORMAL RETIREMENT DATE

ACCRUED BENEFIT:

    JANUARY 1, 1996 OPENING BALANCE

    2ND QUARTER BEGINNING BALANCE

    2ND QUARTER ACTIVITY:

      PAY BASED CREDITS

      INTEREST CREDITS

    2ND QUARTER ENDING BALANCE

VESTING:

    VESTED ACCRUED BENEFIT (100%=)

ESTIMATED BENEFIT PROJECTION

ASSUMPTIONS:
    RETIREMENT AGE: 65
    EARNINGS: CURRENT BASE RATE UNTIL RETIREMENT
    INTEREST CREDIT FACTOR: CURRENT INTEREST FACTOR
    ANNUAL SOCIAL SECURITY WAGE BASE: CURRENT SOCIAL SECURITY BASE

    THE FOLLOWING REPRESENTS THE ESTIMATED PENSION BENEFIT YOU WOULD BE
ELIGIBLE TO RECEIVE AT YOUR NORMAL RETIREMENT DATE, BASED ON THE ABOVE
ASSUMPTIONS.   THE ACTUAL AMOUNT OF BENEFIT YOU WILL RECEIVE WILL BE
BASED ON YOUR ACTUAL EARNINGS AND THE PENSION CALCULATION FACTORS IN
EFFECT DURING THE PERIOD OF YOUR PARTICIPATION IN THE RETIREMENT
GROWTH BENEFIT PLAN.

    PROJECTED LUMP SUM:      $ 

    PROJECTED MONTHLY INCOME:    $



Exhibit 21
Name _Defendants_
Meri Coash  8-15-12

CONFIDENTIAL
TGF0425