| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Read Instructions on Back:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Susan Martin | 2. PHONE NUMBER (602) 240-6900 | 3. DATE 10/29/2012 |
|---|---|---|
| 4. FIRM NAME Martin & Bonnett, PLLC | | |
| 5. MAILING ADDRESS 1850 N. Central Ave. Suite 2010 | 6. CITY Phoenix | 7. STATE AZ — 8. ZIP CODE 85004 |

| 9. CASE NUMBER CV 10-01618-PHX-SRB | 10. JUDGE Hon. Susan R. Bolton | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 10/29/2012    12. |
| 13. CASE NAME Frazier v. Honeywell International, et al., | | LOCATION OF PROCEEDINGS |
| | | 14. Phoenix    15. STATE AZ |

16. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 10/29/2012 |
| ☐ SENTENCING | | Hearing on Motion to . | |
| ☐ BAIL HEARING | | Certify Class | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☒ | ☐ | | E-MAIL ☒ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☒ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
smartin@martinbonnett; tmahabir@martinbonnett

19. SIGNATURE  s/Susan Martin

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE  10/29/2012

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY