IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>  Plaintiff,<br><br>v.<br><br>Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan,<br><br>  Defendants. | Case No.: CV 10-01618-PHX-SRB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNREDACTED DECLARATION AND REBUTTAL REPORT OF JAMES E. HOLLAND, JR. AND UNREDACTED EXHIBIT G TO THE DECLARTION OF JENNIFER KROLL IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION UNDER SEAL** |

The Court having considered Plaintiff's Motion to file the unredacted version of the Declaration and Rebuttal Report of James E. Holland, Jr. and the unredacted version of Exhibit G to the Declaration of Jennifer Kroll in Support of Plaintiff's Reply in Further support of Motion for Class Certification under seal and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and the unredacted version of Declaration and Rebuttal Report of James E. Holland, Jr. and the unredacted

version of Exhibit G to the Declaration of Jennifer Kroll in Support of Plaintiff's Reply in Further support of Motion for Class Certification shall be filed under seal. (Doc. 148)

Dated this 30th day of October, 2012.

_____
Susan R. Bolton
United States District Judge

2