

David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com
Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>            Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees for General Aviation Avionics,<br><br>            Defendants. | No.  CV-10-01618-PHX-SRB<br><br>**REQUEST FOR LEAVE TO RESPOND TO PLAINTIFF'S REQUEST TO STRIKE PARTS OF THE DECLARATION OF LAWRENCE SHER** |

In Plaintiff's reply memorandum of law in support of his motion for class certification, Plaintiff requests that the Court "strike Sections VII and VIII of the declaration of Lawrence Sher, Docs. 132 (redacted) and 135 (sealed, unredacted) and all references thereto in Defendants' opposition. Doc. 125" (Doc. 146 at 1 & n.1).

Defendants believe that the Court need not consider Plaintiff's request until such time as expert merits discovery has been conducted. If, however, the Court is inclined to consider the merits of this request, Defendants respectfully request that, in light of LRCiv. 7.2(m), the Court provide them with an opportunity to respond in writing.

DATED this 5th day of November, 2012.

>David B. Rosenbaum
>Dawn L. Dauphine
>OSBORN MALEDON, P.A.
>2929 North Central Avenue, 21st Floor
>Phoenix, AZ  85012-2793
>
>Myron D. Rumeld
>Amy Covert
>Russell L. Hirschhorn
>PROSKAUER ROSE LLP
>Eleven Times Square
>New York, NY  10036-8299
>
>Howard Shapiro
>PROSKAUER ROSE LLP
>Poydras Center
>650 Poydras Street, Suite 1800
>New Orleans, LA  70130-6146
>
>**Attorneys for Defendants**
>
>By: s/Russell L. Hirschhorn

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By:  s/Russell L. Hirschhorn