**SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ.  #004612**
**BRADLEY H. SCHLEIER, ESQ.  #011696**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, ) | Case No.: CV 10-01618-PHX-SRB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Honeywell International, Inc., a Delaware ) | |
| corporation;  Honeywell Retirement Earnings ) | **AMENDED NOTICE OF DEPOSITION** |
| Plan; Salaried Employees Pension Plan of ) | |
| Allied Corporation; Salaried Employees ) | |
| Pension Plan of AlliedSignal, Inc.; Salaried ) | |
| Employees Pension Plan of the Bendix ) | |
| Corporation; Pension Plan for Salaried ) | |
| Employees of General Aviation Avionics; ) | |
| Plan Administrator of the Honeywell ) | |
| Retirement Earnings Plan; Plan Administrator ) | |
| of the Salaried Employees Pension Plan of ) | |
| Allied Corporation; Plan Administrator of the ) | |
| Salaried Employees Pension Plan of the ) | |
| Bendix Corporation; Plan Administrator of ) | |
| the Pension Plan for Salaried Employees of ) | |
| General Aviation Avionics, ) | |
| Defendants. ) | |
| ) | |

1  YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the Deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

**PERSON TO EXAMINED:**        **Lisa Dooley**

**DATE AND TIME OF DEPOSITION:  November 15, 2012 at 10:00 a.m. (EDT)**

**PLACE OF DEPOSITION:**        **Proskauer Rose LLP**
**11 Times Square**
**New York, NY 10036-8299**

Respectfully submitted this 12th day of November 2012.

**MARTIN & BONNETT, P.L.L.C.**

By:  s/Jennifer Kroll
 Susan Martin
 Jennifer L. Kroll
 1850 N. Central Ave. Suite 2010
 Phoenix, AZ 85004
 (602) 240-6900

**SCHLEIER LAW OFFICES, P.C.**
TOD F. SCHLEIER, ESQ.
BRADLEY H. SCHLEIER, ESQ.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir