1  **SCHLEIER LAW OFFICES, P.C.**
   **TOD F. SCHLEIER, ESQ.  #004612**
2  **BRADLEY H. SCHLEIER, ESQ.  #011696**
3  3101 N. Central Avenue, Suite 1090
   Phoenix, Arizona 85012
4  Telephone:  (602) 277-0157
   Facsimile:  (602) 230-9250
5  Email: tod@schleierlaw.com
6  Email: brad@schleierlaw.com

7  **SUSAN MARTIN #014226**
   **JENNIFER KROLL #019859**
8  **MARTIN & BONNETT, P.L.L.C.**
   1850 N. Central Ave. Suite 2010
9  Phoenix, Arizona 85004
   Telephone: (602) 240-6900
10 smartin@martinbonnett.com
   jkroll@martinbonnett.com
11
   Attorneys for Plaintiff
12

13            IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF ARIZONA
14

15 Thomas G. Frazier, a married man,        )  Case No.:  CV 10-01618-PHX-SRB
                                            )
16         Plaintiff,                       )
   v.                                       )
17                                          )
   Honeywell International, Inc., a Delaware)
18 corporation;  Honeywell Retirement Earnings) **NOTICE OF SERVICE**
   Plan; Salaried Employees Pension Plan of )
19 Allied Corporation; Salaried Employees   )
   Pension Plan of AlliedSignal, Inc.; Salaried)
20 Employees Pension Plan of the Bendix     )
21 Corporation; Pension Plan for Salaried   )
   Employees of General Aviation Avionics;  )
22 Plan Administrator of the Honeywell      )
23 Retirement Earnings Plan; Plan Administrator)
   of the Salaried Employees Pension Plan of)
24 Allied Corporation; Plan Administrator of the)
   Salaried Employees Pension Plan of the   )
25 Bendix Corporation; Plan Administrator of)
26 the Pension Plan for Salaried Employees of)
   General Aviation Avionics,               )
27                                          )
           Defendants.                      )
28                                          )

Plaintiff hereby gives notice that Plaintiff served on the Defendants on the 14th day of November, 2012 Plaintiff's Fifth Set of Request for Production of Documents and Plaintiff's Fourth Set of Interrogatories by hand-delivery with a courtesy copy by email.

Respectfully submitted this 14th day of November, 2012.

**MARTIN & BONNETT, P.L.L.C.**

By: s/Jennifer Kroll
 Susan Martin
 Jennifer L. Kroll
 1850 N. Central Ave. Suite 2010
 Phoenix, AZ 85004
 (602) 240-6900

**SCHLEIER LAW OFFICES, P.C.**
TOD F. SCHLEIER, ESQ.
BRADLEY H. SCHLEIER, ESQ.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

Attorneys for Plaintiff

1

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir