1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

6
7
8
9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| Thomas G. Frazier, a married man, ) | Case No.:  CV 10-01618-PHX-SRB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| Honeywell International, Inc., a Delaware ) | |
| corporation;  Honeywell Retirement Earnings ) | |
| Plan; Salaried Employees Pension Plan of Allied ) | **ORDER** |
| Corporation; Salaried Employees Pension Plan ) | **AMENDING SCHEDULING** |
| of AlliedSignal, Inc.; Salaried Employees ) | **ORDER** |
| Pension Plan of the Bendix Corporation; ) | |
| Pension Plan for Salaried Employees of General ) | |
| Aviation Avionics; Plan Administrator of the ) | |
| Honeywell Retirement Earnings Plan; Plan ) | |
| Administrator of the Salaried Employees ) | |
| Pension Plan of Allied Corporation; Plan ) | |
| Administrator of the Salaried Employees ) | |
| Pension Plan of the Bendix Corporation; Plan ) | |
| Administrator of the Pension Plan for Salaried ) | |
| Employees of General Aviation Avionics, ) | |
| ) | |
| Defendants. ) | |
| ) | |

20
21
22
23
24
25
26
27
28

Upon consideration of the parties' Stipulation and Joint Request dated November 13, 2012 (Doc.161), and for good cause,

IT IS HEREBY ORDERED that the parties' Stipulation and Joint Request is approved, modifying the Scheduling Order (Docs. 64, 81 & 91) as follows:

1. The stipulation is granted and the deadlines currently set for the supplementation of all discovery and the close of discovery are hereby vacated.

2. Within fourteen days following the ruling on Plaintiff's pending motion for class certification, the parties shall meet and confer and submit a proposed amended Scheduling Order to the Court.

Dated this 16th day of November, 2012.

_____
Susan R. Bolton
United States District Judge