| | |
|---|---|
| 1 | David B. Rosenbaum, Atty. No. 009819 |
| 2 | Dawn L. Dauphine, Atty. No. 010833<br>OSBORN MALEDON P.A. |
| 3 | 2929 North Central Avenue<br>21st Floor |
| 4 | Phoenix, Arizona 85012-2793<br>Telephone: (602) 640-9000 |
| 5 | drosenbaum@omlaw.com<br>ddauphine@omlaw.com |
| 6 | Attorneys for Defendants |
| 7 | (Additional counsel for Defendants appear on signature page) |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | ) |
| | ) Case No.: CV 10-01618-PHX-SRB |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **NOTICE OF DEPOSITION OF** |
| Honeywell International, Inc., a Delaware | ) **THOMAS H. LITTLEJOHN** |
| corporation; Honeywell Retirement Earnings | ) |
| Plan; Salaried Employees Pension Plan of | ) |
| Allied Corporation; Salaried Employees | ) |
| Pension Plan of AlliedSignal, Inc.; Salaried | ) |
| Employees Pension Plan of the Bendix | ) |
| Corporation; Pension Plan for Salaried | ) |
| Employees of General Aviation Avionics; | ) |
| Plan Administrator of the Honeywell | ) |
| Retirement Earnings Plan; Plan Administrator | ) |
| of the Salaried Employees Pension Plan of | ) |
| Allied Corporation; Plan Administrator of the | ) |
| Salaried Employees Pension Plan of the | ) |
| Bendix Corporation; Plan Administrator of | ) |
| the Pension Plan for Salaried Employees for | ) |
| General Aviation Avionics, | ) |
| | ) |
| Defendants. | ) |

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination, and will be videotaped, at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO BE EXAMINED:    **Thomas H. LittleJohn**

DATE AND TIME OF DEPOSITION:    **12/12/2012 at 9:00 a.m. (MDT)**

PLACE OF DEPOSITION:    **Osborn Maledon**
**2929 North Central Avenue, 21st Floor**
**Phoenix, AZ 85012-2793**
**Telephone: 602-640-9000**

DATED this 19th day of November, 2012.

By: /s/ David B. Rosenbaum
David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793

Myron D. Rumeld
Amy Covert
Russell L. Hirschhorn
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299

Howard Shapiro
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA  70130-6146

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Kelly Dourlein

2