| | |
|---|---|
| 1 | David B. Rosenbaum, Atty. No. 009819 |
| 2 | Dawn L. Dauphine, Atty. No. 010833 |
|   | OSBORN MALEDON P.A. |
|   | 2929 North Central Avenue |
| 3 | 21st Floor |
|   | Phoenix, Arizona  85012-2793 |
| 4 | Telephone:  (602) 640-9000 |
|   | *drosenbaum@omlaw.com* |
| 5 | *ddauphine@omlaw.com* |
| 6 | Attorneys for Defendants |
| 7 | (Additional counsel for Defendants appear on signature page) |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | ) |
|  | ) Case No.:  CV 10-01618-PHX-SRB |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | )  **AMENDED** |
| Honeywell International, Inc., a Delaware | ) **NOTICE OF DEPOSITION OF** |
| corporation; Honeywell Retirement Earnings | ) **THOMAS H. LITTLEJOHN** |
| Plan; Salaried Employees Pension Plan of | ) |
| Allied Corporation; Salaried Employees | ) |
| Pension Plan of AlliedSignal, Inc.; Salaried | ) |
| Employees Pension Plan of the Bendix | ) |
| Corporation; Pension Plan for Salaried | ) |
| Employees of General Aviation Avionics; | ) |
| Plan Administrator of the Honeywell | ) |
| Retirement Earnings Plan; Plan Administrator | ) |
| of the Salaried Employees Pension Plan of | ) |
| Allied Corporation; Plan Administrator of the | ) |
| Salaried Employees Pension Plan of the | ) |
| Bendix Corporation; Plan Administrator of | ) |
| the Pension Plan for Salaried Employees for | ) |
| General Aviation Avionics, | ) |
|  | ) |
| Defendants. | ) |

1  YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition
2  of the person named below will be taken upon oral examination, and will be videotaped,
3  at the time and place stated below, before an officer authorized by law to administer
4  oaths:

5
6  PERSON TO BE EXAMINED:    **Thomas H. Littlejohn**

7  DATE AND TIME OF DEPOSITION:    **December 13, 2012 at 9:00 a.m. (MDT)**

8  PLACE OF DEPOSITION:         **Osborn Maledon**
9                               **2929 North Central Avenue, 21st Floor**
                                 **Phoenix, AZ 85012-2793**
10                              **Telephone: 602-640-9000**

11  DATED this 28th day of November, 2012.

12                              By: /s/ David B. Rosenbaum
                                    David B. Rosenbaum
13                                  Dawn L. Dauphine
                                    OSBORN MALEDON, P.A.
14                                  2929 North Central Avenue, 21st Floor
                                    Phoenix, AZ  85012-2793
15
                                    Myron D. Rumeld
16                                  Amy Covert
                                    Russell L. Hirschhorn
17                                  PROSKAUER ROSE LLP
                                    Eleven Times Square
18                                  New York, NY  10036-8299

19                                  Howard Shapiro
                                    PROSKAUER ROSE LLP
20                                  Poydras Center
                                    650 Poydras Street, Suite 1800
21                                  New Orleans, LA  70130-6146

22                                  **Attorneys for Defendants**

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

　　　　　　　　　　　　　　　　/s/Kelly Dourlein

2