**SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ.  #004612**
**BRADLEY H. SCHLEIER, ESQ.  #011696**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, ) | Case No.: CV 10-01618-PHX-SRB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Honeywell International, Inc., a Delaware ) | **NOTICE OF SERVICE** |
| corporation;  Honeywell Retirement Earnings ) | |
| Plan; Salaried Employees Pension Plan of ) | |
| Allied Corporation; Salaried Employees ) | |
| Pension Plan of AlliedSignal, Inc.; Salaried ) | |
| Employees Pension Plan of the Bendix ) | |
| Corporation; Pension Plan for Salaried ) | |
| Employees of General Aviation Avionics; ) | |
| Plan Administrator of the Honeywell ) | |
| Retirement Earnings Plan; Plan Administrator ) | |
| of the Salaried Employees Pension Plan of ) | |
| Allied Corporation; Plan Administrator of the ) | |
| Salaried Employees Pension Plan of the ) | |
| Bendix Corporation; Plan Administrator of ) | |
| the Pension Plan for Salaried Employees of ) | |
| General Aviation Avionics, ) | |
| Defendants. ) | |
| ) | |

Plaintiff hereby gives notice that Plaintiff served on the Defendants on the 29th day of November, 2012 Plaintiff's Sixth Set of Request for Production of Documents and Plaintiff's Second Set of Requests for Admission by U.S. Mail with a courtesy copy by email.

Respectfully submitted this 29th day of November, 2012.

**MARTIN & BONNETT, P.L.L.C.**

By: s/Jennifer Kroll
   Susan Martin
   Jennifer L. Kroll
   1850 N. Central Ave. Suite 2010
   Phoenix, AZ 85004
   (602) 240-6900

**SCHLEIER LAW OFFICES, P.C.**
TOD F. SCHLEIER, ESQ.
BRADLEY H. SCHLEIER, ESQ.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir