**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-01618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | **Order on Stipulation and Joint Request to Extend Deadline to Submit Proposed Scheduling Order** |
| Defendants. | |

The Court having considered the parties' Stipulation and Joint Request to Extend Deadline to Submit Proposed Scheduling Order [Doc. 168], and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is granted and the parties shall have until January 14, 2013, to submit a revised proposed Scheduling Order.

Dated this 4th day of December, 2012.

_____
Susan R. Bolton
United States District Judge