1  David B. Rosenbaum, 009819
2  Dawn L. Dauphine, 010833
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue
   21st Floor
4  Phoenix, Arizona  85012-2793
5  (602) 640-9000
   drosenbaum@omlaw.com
6  ddauphine@omlaw.com

7  Attorneys for Honeywell Defendants
8  (Additional counsel for Defendants appear on signature page)

9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees for General Aviation Avionics,<br><br>Defendants. | No.  CV-10-01618-PXH-SRB<br><br>**NOTICE OF SERVICE OF SUBPOENA DUCES TECUM ON NON-PARTY** |

1  NOTICE IS HEREBY GIVEN that Defendants have served a subpoena duces
2  tecum (for documents only) via service of process on Carmen Cercone, Watermark
3  Wealth Strategies LLC, 8377 E. Hartford Drive, Suite 110, Scottsdale, AZ 85255.
4  DATED this 10th day of December, 2012.

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793

Myron D. Rumeld
Amy Covert
Russell L. Hirschhorn
PROSKAUER ROSE LLP
11 Times Square
New York, New York  10036-8299

Howard Shapiro
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, Louisiana  70130-6146

**Attorneys for All Defendants**

By:/s/David B. Rosenbaum

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Kelly Dourlein