**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile    602.640.9050

David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com

Attorneys for Honeywell Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan<br><br>　　　　　　Defendants. | No.  CV-10-01618-PHX-SRB<br><br>**NOTICE OF SERVICE OF DEFENDANTS' DISCOVERY RESPONSES** |

Defendants hereby give notice that on December 21, 2012, they served upon Plaintiff, via electronic mail, Defendants' Responses and Objections to Plaintiff's Fourth Set of Interrogatories and Defendants' Responses and Objections to Plaintiff's Fifth Set of Requests for Production.

DATED this 26th day of December, 2012.

　　　　　　　　　　　　By: /s/ Dawn L. Dauphine
　　　　　　　　　　　　　　David B. Rosenbaum
　　　　　　　　　　　　　　Dawn L. Dauphine
　　　　　　　　　　　　　　OSBORN MALEDON, P.A.
　　　　　　　　　　　　　　2929 North Central Avenue, 21st Floor
　　　　　　　　　　　　　　Phoenix, Arizona 85012-2793

Howard Shapiro (admitted *pro hac vice*)
Kara L. Lincoln (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, Louisiana 70130-6146

Amy Covert (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036-8299

**Attorneys for Honeywell Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/  Jessica A. Lopez

4620744