**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
Email: brad@schleierlaw.com

**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-01618-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION** |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the | |

-1-

1 | Bendix Corporation; Plan Administrator of )
2 | the Pension Plan for Salaried Employees of )
  | General Aviation Avionics, )
3 |       Defendants. )
  |  )
4 |  )

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO BE EXAMINED:   **Jackie Wolf**

DATE AND TIME OF DEPOSITION:   **January 23, 2013 at 9:00 a.m. (CST)**

PLACE OF DEPOSITION:   Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Tel: (713) 229-1234

DATED this  14th  day of  January, 2013.

SCHLEIER LAW OFFICES, P.C.

By: s/ Bradley H. Schleier
   Bradley H. Schleier
   3101 North Central Ave., Suite 1090
   Phoenix, Arizona 85012

MARTIN & BONNETT, P.L.L.C.

By: s/ Jennifer L. Kroll
   Susan Martin
   Jennifer L. Kroll
   1850 North Central Ave., Suite 2010
   Phoenix, Arizona 85004

   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14th 2013, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

Howard Shapiro (admitted *pro hac vice*)
Kara L. Lincoln (admitted *pro hac vice*)
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130

Amy Covert (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Attorneys for Defendants

COPY emailed to:

Blue Ribbon Advantage
Court Reporters
7020 Portwest, Suite 720
Houston, TX 77024
Tel: (713) 861-8004


s/ Mary H. Portillo