UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CV-10-01618-PHX-SRB |
| ) | |
| Honeywell International, Inc., a Delaware ) | |
| corporation; Honeywell Retirement ) | |
| Earnings Plan; Salaried Employees ) | **[PLAINTIFF'S PROPOSED]** |
| Pension Plan of Allied Corporation; ) | **AMENDED RULE 16** |
| Salaried Employees Pension Plan of ) | **SCHEDULING ORDER** |
| AlliedSignal, Inc.; Salaried Employees ) | |
| Pension Plan of the Bendix Corporation; ) | |
| Pension Plan for Salaried Employees of ) | |
| General Aviation Avionics; Plan ) | |
| Administrator of the Honeywell ) | |
| Retirement Earnings Plan; Plan ) | |
| Administrator of the Salaried Employees ) | |
| Pension Plan of Allied Corporation; Plan ) | |
| Administrator of the Salaried Employees ) | |
| Pension Plan of the Bendix Corporation; ) | |
| Plan Administrator of the Pension Plan for ) | |
| Salaried Employees for General Aviation ) | |
| Avionics, ) | |
| ) | |
| Defendants. ) | |

All parties shall comply with the deadlines established in this Order.

A.    The Fed.R.Civ.P. as amended December 1, 2010, shall apply to all proceedings.

B. The parties previously exchanged initial disclosures and shall supplement their initial disclosures in accordance with Fed. R. Civ. P. 26.

C. Defendants shall provide all class member benefits and personnel files by February 14, 2013. The parties shall either enter into a data stipulation that calls for the production of agreed-upon data by the end of February 2013 or Defendants shall produce databases by the end of February 2013 with sufficient information to enable Plaintiff to understand the data produced.

D. Following production of the benefits files and data, Plaintiff will promptly provide additional search terms and the parties will work together so that documents and information produced pursuant to agreed search terms are produced no later than the end of April 2013.

E. Plaintiff shall disclose the identity of all experts no later than **July 31, 2013.** The Defendants shall disclose the identity of all experts no later than **August 30, 2013.** No deposition of any expert witness shall occur before the disclosures concerning expert witnesses mandated by this Order are made. Expert disclosures of the identities of all experts shall also include all of the disclosures required by Fed.R.Civ.P. 26(a)(2)(B) if the witness is either (1) retained or specifically employed to provide expert testimony in the case, or (2) is an agent or employee of the party offering the testimony whose duties regularly involve giving expert testimony. Rebuttal expert disclosures, if any, shall be disclosed by **September 30, 2013.**

F. All discovery, including answers to interrogatories, production of documents, depositions and requests to admit must be completed by **December 6, 2013.**

G. The parties are required to finally supplement all discovery, including material changes in expert witness opinions and disclosure, pursuant to Fed.R.Civ.P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before **October 31, 2013.** The parties are reminded that this order governs and supersedes the 30

days before trial disclosure deadline contained in Fed.R.Civ.P. 26(a)(3). Therefore, (1) failure to timely supplement Rule 26(a) disclosures, including witnesses and exhibits for trial, (2) failure to timely supplement responses to any valid discovery requests, and (3) attempts to include witnesses or exhibits in the Proposed Final Pretrial Order that were not previously disclosed in a timely manner may result in the exclusion of such evidence at trial or the imposition of other sanctions pursuant to Fed.R.Civ.P. 37, the Local Rules of the District Court, and the inherent power of the Court.

H.     The parties shall discuss the number of interrogatories and any requests to exceed the number of interrogatories and attempt to resolve any such issues before bringing those disputes to the Court.

I.     Plaintiff may take a total of 24 depositions. If Defendants wish to take depositions beyond the number as provided by Rules 30 and 31, Defendants shall first discuss and attempt to resolve any such issues with Plaintiff before bringing those disputes to the Court.

J.     Defendants' request to serve absent class member discovery or to depose absent class members is denied without prejudice.

K.     Motions on discovery matters are strongly discouraged. Parties are directed to LRCiv 7.2(j), which prohibits filing discovery motions unless parties have first met to resolve any discovery difficulties. If the parties cannot reach a resolution, they are directed to jointly arrange a conference call with the Court to resolve the matter orally lieu of filing a formal motion.

L.     This Order contemplates that each party will conduct discovery to permit completion within the deadline. Any discovery which results in insufficient time to undertake necessary additional discovery and which requires an extension of the discovery deadline will be met with disfavor, will only be granted for good cause shown,

and may result in denial of an extension, exclusion of evidence, or the imposition of other sanctions.

      M.    All dispositive motions shall be filed no later than **January 17, 2014. Each party shall file no more than one motion for summary judgment unless leave of Court is obtained.** Responses to summary judgment motions are due **February 28, 2014**. Replies are due **March 28, 2014**.