**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com

Attorneys for Honeywell Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>   Plaintiff,<br><br>vs.<br><br>Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan<br><br>   Defendants. | No. CV-10-01618-PHX-SRB<br><br>**NOTICE OF SERVICE OF DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO INTERROGATORIES NO. 2 AND NO. 4 OF PLAINTIFF'S FOURTH SET OF INTERROGATORIES** |

Defendants hereby give notice that on January 25, 2013 they served upon Plaintiff, via electronic mail, Defendants' Supplemental Responses and Objections to Interrogatories No. 2 and No. 4 of Plaintiff's Fourth Set of Interrogatories.

DATED this 25th day of January, 2013.

            By: /s/ Dawn L. Dauphine
              David B. Rosenbaum
              Dawn L. Dauphine
              OSBORN MALEDON, P.A.
              2929 North Central Avenue, 21st Floor
              Phoenix, Arizona 85012-2793

Howard Shapiro (admitted *pro hac vice*)
Kara L. Lincoln (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, Louisiana  70130-6146

Amy Covert (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, New York  10036-8299

**Attorneys for Honeywell Defendants**

## CERTIFICATE OF SERVICE

   I hereby certify that on January 25, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/  Jessica A. Lopez

4673373