UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>        Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees for General Aviation Avionics,<br><br>        Defendants. | No. CV-10-01618-PHX-SRB<br><br>**AMENDED RULE 16 SCHEDULING ORDER** |

    Upon consideration of the parties' Joint Case Management Report dated January 14, 2013 [Doc. 173], and for good cause shown,

    IT IS HEREBY ORDERED that the Rule 16 Scheduling Order Dated November 15, 2011 [Doc. 64] is amended and supplemented as follows:

/ / /

/ / /

1. <u>Remaining Discovery</u>

Remaining discovery shall be limited to discovery necessary to resolve (1) Named Plaintiff's individual claims for relief that were not certified for class treatment, namely: (a) Named Plaintiff's individual breach of fiduciary duty claim (Count III), and (b) Named Plaintiff's individual claim for violation of ERISA's claim procedures (Count IV) (the "Individual Claims"); and (2) the two claims for declaratory relief that have been certified for class treatment, namely:  (a) Plaintiff's benefit claim based on interpretation of the Bendix Plan documents that were effective January 1, 1987, January 1, 1993 and January 1, 1995 (Count I); and (b) Plaintiff's claim that a summary plan description was not properly distributed (Count V) (the "Declaratory Relief Claims").  The deadline for this discovery to be completed is **May 31, 2013**.

2. <u>Dispositive Motions</u>

A. The schedule for cross motions for summary judgment on the Declaratory Relief Issues and Individual Claims should be as follows:  opening briefs of no more than 20 pages and supporting statements of facts due by **June 30, 2013**; Opposition briefs of no more than 20 pages and responsive statements of facts due by **July 31, 2013**; and Reply Briefs of no more than 12 pages due by **August 31, 2013**.

B. The deadline for filing summary judgment motions pertaining to liability to individual class members, affirmative defenses and monetary relief shall be determined after a ruling on the cross motions for summary judgment on the Declaratory Relief Issues and Individual Claims.

3. <u>Expert Discovery</u>

The deadline for completion of expert discovery is **May 31, 2013**.

4. <u>Pretrial Procedures</u>

C. A pretrial scheduling conference, following the Court's ruling on summary judgment motions directed to Declaratory Relief Issues and Individual Claims, will be

held, if necessary, to set dates for the final pretrial conference and for filing and service of required pretrial filings.

Dated this 6th day of February, 2013.

_____
Susan R. Bolton
United States District Judge