1 | **SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ.  #004612**
2 | **BRADLEY H. SCHLEIER, ESQ.  #011696**
3 | 3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
4 | Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
5 | Email: tod@schleierlaw.com
6 | Email: brad@schleierlaw.com

7 | **SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
8 | **MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
9 | Phoenix, Arizona 85004
Telephone: (602) 240-6900
10 | smartin@martinbonnett.com
jkroll@martinbonnett.com
11 |
12 | Attorneys for Plaintiff

13 | IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, ) | Case No.:  CV 10-01618-PHX-SRB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Honeywell International, Inc., a Delaware ) | |
| corporation;  Honeywell Retirement Earnings ) | **SECOND AMENDED NOTICE OF** |
| Plan; Salaried Employees Pension Plan of ) | **DEPOSITION VIA** |
| Allied Corporation; Salaried Employees ) | **VIDEOCONFERENCE** |
| Pension Plan of AlliedSignal, Inc.; Salaried ) | |
| Employees Pension Plan of the Bendix ) | |
| Corporation; Pension Plan for Salaried ) | |
| Employees of General Aviation Avionics; ) | |
| Plan Administrator of the Honeywell ) | |
| Retirement Earnings Plan; Plan Administrator ) | |
| of the Salaried Employees Pension Plan of ) | |
| Allied Corporation; Plan Administrator of the ) | |
| Salaried Employees Pension Plan of the ) | |
| Bendix Corporation; Plan Administrator of ) | |
| the Pension Plan for Salaried Employees of ) | |
| General Aviation Avionics, ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| 1 | YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the |
| 2 | Deposition of the person named below will be taken upon oral examination at the |
| 3 | |
| 4 | time and place stated below, before an officer authorized by law to administer oaths: |

1  YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the

2  Deposition of the person named below will be taken upon oral examination at the

3
4  time and place stated below, before an officer authorized by law to administer oaths:

5  **PERSON TO EXAMINED:**            **Lisa Dooley**

6  **DATE AND TIME OF DEPOSITION:  February 26, 2013 at 11:00 a.m. (EST)**

7  **PLACE OF DEPOSITION:**            **Proskauer Rose LLP**
8                                                        **One Newark Center**
                                                          **Newark, NJ 07102-5211**
9

10    Respectfully submitted this 22nd day of February, 2013.
11
12                                                        **MARTIN & BONNETT, P.L.L.C.**

13                                                  By:   s/Jennifer Kroll
                                                           Susan Martin
14                                                         Jennifer L. Kroll
                                                           1850 N. Central Ave. Suite 2010
15                                                         Phoenix, AZ 85004
16                                                         (602) 240-6900

17                                                         **SCHLEIER LAW OFFICES, P.C.**
18                                                         TOD F. SCHLEIER, ESQ.
                                                           BRADLEY H. SCHLEIER, ESQ.
19                                                         3101 N. Central Avenue
                                                           Suite 1090
20                                                         Phoenix, Arizona 85012
21                                                         Telephone:  (602) 277-0157
                                                           Facsimile:  (602) 230-9250
22                                                         Email: tod@schleierlaw.com
23                                                         Email: brad@schleierlaw.com

24                                                         Attorneys for Plaintiff

25

26

27

28

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir

2