**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS G. FRAZIER, a married man, | No. 12-80220 |
| Plaintiff - Respondent, | D.C. No. 2:10-cv-01618-SRB<br>District of Arizona, |
| v. | Phoenix |
| HONEYWELL RETIREMENT EARNINGS PLAN; et al., | ORDER |
| Defendants - Petitioners. | |

Before: WARDLAW and MURGUIA, Circuit Judges.

Petitioners' motion for leave to file a reply in support of the petition for permission to appeal is granted. The December 27, 2012, reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's November 20, 2012, order granting in part and denying in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

RJ/MOATT