UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, | No. CV-10-01618-PHX-SRB |
| Plaintiff, | |
| vs. | **ORDER** |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of the Allied Corporation; Plan Administrator of the Pension Plan for Salaried Employees of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics | |
| Defendants. | |

The Court having considered the Motion for Withdrawal of Kara L. Lincoln as Counsel for Defendants and good cause appearing,

IT IS HEREBY ORDERED pursuant to Local Civil Rule 83.3(b) that the Motion for Withdrawal of Kara L. Lincoln as Counsel of Record for Defendants is granted, and attorney Kara L. Lincoln shall be permitted to withdraw as counsel of record in this case.

Dated this 3rd day of April, 2013.

_____
Susan R. Bolton
United States District Judge