1  **SCHLEIER LAW OFFICES, P.C.**
   **TOD F. SCHLEIER, ESQ.  #004612**
2  **BRADLEY H. SCHLEIER, ESQ.  #011696**
3  3101 N. Central Avenue, Suite 1090
   Phoenix, Arizona 85012
4  Telephone:  (602) 277-0157
   Facsimile:  (602) 230-9250
5  Email: tod@schleierlaw.com
6  Email: brad@schleierlaw.com

7  **SUSAN MARTIN #014226**
   **JENNIFER KROLL #019859**
8  **MARTIN & BONNETT, P.L.L.C.**
   1850 N. Central Ave. Suite 2010
9  Phoenix, Arizona 85004
   Telephone: (602) 240-6900
10 smartin@martinbonnett.com
   jkroll@martinbonnett.com
11

12 Attorneys for Plaintiff

13                    IN THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ARIZONA
14

| | |
|---|---|
| Thomas G. Frazier, a married man, | Case No.: CV 10-01618-PHX-SRB |
| Plaintiff, | |
| v. | |
| Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics, | **PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION** |
| Defendants. | |

1   YOU ARE HEREBY NOTIFIED that, pursuant to Federal Rules of Civil Procedure, Rules 26 and 30, a deposition will be taken pursuant upon oral examination of the person whose name and address is stated below at the time and place before an officer authorized by law to administer oaths. The deposition will be stenographically recorded.

**PERSON TO BE EXAMINED:**  Honeywell, Inc., a Delaware corporation
Honeywell Retirement Earnings Plan
Honeywell Secured Benefit Plan
Bendix Salaried Plan
King Radio Plan
Plan Administrator for the Honeywell Retirement Earnings Plan
Plan Administrator for the Honeywell Secured Benefit Plan
Plan Administrator for the Bendix Salaried Plan
Plan Administrator for the King Radio Plan
Rule 30(b)(6) Designee for Rule 30(b)(6) topics served by Plaintiff on April 15, 2013

**DATE OF DEPOSITION:**   April 30, 2013

**TIME:**   9:00 am

**LOCATION:**   Martin & Bonnett
1850 N Central Ave, Suite 2010
Phoenix, AZ  85004

Respectfully submitted this 15th day of April, 2013.

**MARTIN & BONNETT, P.L.L.C.**

By: s/Jennifer Kroll
Susan Martin
Jennifer L. Kroll
1850 N. Central Ave. Suite 2010
Phoenix, AZ 85004
(602) 240-6900

**SCHLEIER LAW OFFICES, P.C.**
TOD F. SCHLEIER, ESQ.
BRADLEY H. SCHLEIER, ESQ.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012

1

1  
2  Telephone: (602) 277-0157  
   Facsimile: (602) 230-9250  
   Email: tod@schleierlaw.com  
3  Email: brad@schleierlaw.com  
4  Attorneys for Plaintiff  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Kara L. Lincoln
Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir