# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Thomas G. Frazier, a married man

    Plaintiff(s)/Petitioner(s),

vs.

Honeywell Pension and Savings Plan, et al.

    Defendant(s)/Respondent(s)

CASE NO: cv 10-1618-PHX-SRB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **Robert Rachal**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Defendants**.

**City and State of Principal Residence:** New Orleans, Louisiana
**Firm Name:** Proskauer Rose LLP
**Address:** 650 Poydras  **Suite:** 1800
**City:** New Orleans  **State:** LA  **Zip:** 70130
**Firm/Business Phone:** (504) 310-4081
**Firm Fax Phone:** (504) 310-2022  **E-mail Address:** rrachal@proskauer.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| see attachment | | ☑ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

April 29, 2013

**Date**

_____
**Signature of Applicant**

Fee Receipt # _____

(Rev. 04/12)

# Attachment to
# Application for Pro Hac Vice Admission of Robert Rachal

| Court | Date of Admission | In Good Standing |
|---|---|---|
| Supreme Court of the State of Louisiana | October 8, 1993 | Yes |
| United States Court of Appeal for the Fifth Circuit | October 25, 1993 | Yes |
| United States District Court, Eastern District of Louisiana | September 14, 1994 | Yes |
| United States District Court for the Northern District of Texas | November 13, 2001 | Yes |
| United States District Court, Middle District of Louisiana | September 8, 1994 | Yes |
| U.S. District Court of Colorado | August 26, 1997 | Yes |

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### ROBERT WILKINSON RACHAL ESQ., #22548

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 8th Day of October, 1993 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of April, 2013, A.D.

Clerk of Court
Supreme Court of Louisiana