UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Frazier,**<br><br>Plaintiff<br><br>v.<br><br>**Honeywell Pension and Savings Plan, et al.**<br><br>Defendant | CASE NO. **CV 10-01618-PHX-SRB**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed documents, *Motion for Admission Pro Hac Vice (185)* filed by *Robert Rachal*:

**ACTION REQUIRED BY THE FILER**

☒ The deficiency indicated below must be corrected within seven (7) business days of this notice.
☒ Certificate of Good Standing attached to Pro Hac is from State Court.  Certificate of Good Standing must be from federal (US) Court.  Please refile Pro Hac Vice Motion with federal Certificate of Good Standing.