David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
**OSBORN MALEDON P.A.**
2929 North Central Ave., 21st Floor
Phoenix, Arizona  85012-2793
Telephone:  (602) 640-9000
*drosenbaum@omlaw.com*
*ddauphine@omlaw.com*
Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrators for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan,<br><br>Defendants. | No.  CV-10-01618-PHX-SRB<br><br>**AMENDED NOTICE OF DEPOSITION OF JAMES E. HOLLAND, JR.** |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, through their counsel, will take the deposition of **James E. Holland, Jr.** as set forth below:

1

| | |
|---|---|
| PERSON TO BE EXAMINED: | James E. Holland, Jr.<br>c/o Martin & Bonnett, PLLC |
| DATE AND TIME: | Friday, May 17, 2013 at 10:00 a.m. |
| PLACE OF DEPOSITION: | Proskauer Rose LLP<br>1001 Pennsylvania Avenue, NW<br>Suite 400 South<br>Washington, DC  20004-2533 |

The deposition will take place before a person authorized by law to administer oaths and will be recorded by stenographic and videographic means and will be continued from day to day until completed or otherwise adjourned.

DATED this 30th day of April, 2013.

By: /s/ David B. Rosenbaum
David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON P.A
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793

Myron D. Rumeld (admitted *pro hac vice*)
Amy Covert (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York  10036-8299

Howard Shapiro (admitted *pro hac vice*)
PROSKAUER ROSE LLP
650 Poydras Street
Suite 1800
New Orleans, Louisiana  70130-6146

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                    /s/ Kelly Dourlein