UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of the Allied Corporation; Plan Administrator of the Pension Plan for Salaried Employees of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics<br><br>Defendants. | No.  CV-10-01618-PHX-SRB<br><br>**ORDER GRANTING STIPULATED MOTION FOR TELEPHONIC APPEARANCE OF HONEYWELL COUNSEL RUSSELL HIRSCHHORN AT ORDER TO SHOW CAUSE HEARING ON JULY 29, 2013** |

The Court having considered the Stipulated Motion for Telephonic Appearance of Honeywell Counsel Russell Hirschhorn at Order to Show Cause Hearing on July 29, 2013, and good cause appearing,

IT IS HEREBY ORDERED granting the stipulated motion. Mr. Hirschhorn shall call 602-322-7570 to appearing telephonically for the Order to Show Cause Hearing.

1    IT IS FURTHER ORDERED that no cells phones or speaker phones are allowed.

Dated this 26th day of July, 2013.

_____
Susan R. Bolton
United States District Judge