**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile    602.640.9050

David B. Rosenbaum, 009819
Dawn L. Dauphine, 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com
Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of the Allied Corporation; Plan Administrator of the Pension Plan for Salaried Employees of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics<br><br>Defendants. | No. 2:10-cv-01618-PHX-SRB<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXCEED THE PAGE LIMIT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendants respectfully submit this response to Plaintiff's Motion To Exceed The Page Limit On Plaintiff's Motion For Summary Judgment.

1. On January 14, 2013, following this Court's decision granting in part and denying in part Plaintiff's Motion for Class Certification (Doc. 165), Plaintiff and

1  Defendants submitted a Joint Case Management Report and Request for An Amended
2  Scheduling Order ("Joint Report").  (Doc. 173.)
3       2.   In the Joint Report, Plaintiff advocated that all of his claims should be
4  addressed in single (*i.e.*, not piece-meal) cross-motions for summary judgment.
5  (Doc. 173, at 11-13; Doc 173-1, at 4.)  More specifically, Plaintiff argued that "all
6  claims can be disposed of by dispositive motions following discovery.  These include
7  Plaintiff's claims for violation of ERISA §§ 204(g) and (h), the claims for violations
8  of the terms of the Plan, Defendants' breach of fiduciary duty with respect to the
9  class, Defendants' violation of ERISA's disclosure and summary plan description
10 requirements and Plaintiff's individual claims for violations of ERISA's claims
11 procedures requirements and for misrepresentation."  (Doc. 173, at 11-12.)  *Plaintiff*
12 *requested no enlargement of the 17-page limit for dispositive motions set forth in*
13 *Local Rule 7.2.*  Defendants, on the other hand, proposed that "in light of the
14 multiplicity of issues, the limit for moving and opposition briefs be extended to 25
15 pages, and the limit for reply briefs be extended to 15 pages."  (Doc. 173, at 19; *see*
16 *also* Doc. 173-2, at 2.)
17      3.   On February 6, 2013, the Court issued an Amended Rule 16 Scheduling
18 Order and ruled that opening and opposition briefs should be limited to no more than
19 20 pages and reply briefs should be limited to no more than 12 pages.  (Doc. 175.)
20      4.   On June 6, 2013, the parties submitted a Stipulated Joint Motion to
21 Amend the Scheduling Order to alter the deadlines for filing cross-motions for
22 summary judgment (Doc. 195), and on June 10, 2013, the Court granted the parties'
23 motion.  That deadline was later moved by stipulated order to August 9, 2013, with
24 the same 20-page limit on opening briefs.  (Doc. 196.)  *Plaintiff at no time before his*
25 *post-midnight August 9th filing advised Defendants or the Court that he wished to*
26 *modify the Court's Order.*
27      5.   Now, contemporaneously with the filing of his motion for summary
28 judgment and a lengthy 63-page Statement of Facts in support of his motion for

summary judgment (Doc. 219; *see* Local Rule 56.1), Plaintiff contends that he needed an additional 17 pages to address his ERISA §§ 204(g) & (h) and fiduciary breach claims supposedly not previously contemplated for briefing in the cross-motions. Plaintiff's argument that he needs additional pages to address his fiduciary breach claim also ignores this Court's prior determination that the only fiduciary breach claim asserted in Count Three that is independent of Frazier's other claims is one for misrepresentation concerning his entitlement to continued accrual of Bendix Plan benefits.  (Doc. 165, at 8.)

6. If the Court is inclined to grant Plaintiff's last-minute motion to file a 37-page summary judgment brief, then this Court's order also should provide that Defendants may file an over-length brief in opposition to Plaintiff's motion for summary judgment.  Regardless, the Court should limit the remaining briefing (*i.e.*, Plaintiff's brief in opposition to Defendants' motion for summary judgment and the parties' reply briefs) to the page limits previously set since Plaintiff's purported reasons for seeking additional pages would not apply to those briefs.

DATED this 12th day of August, 2013.

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793

Myron D. Rumeld (admitted *pro hac vice*)
Amy Covert (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299

Howard Shapiro (admitted *pro hac vice*)
Robert Rachal (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA  70130-6146

**Attorneys for Defendants**

By: s/ David B. Rosenbaum

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Upon receipt of the Notice of Electronic Filing, a copy of the attached document and Notice of Electronic Filing will be mailed to The Honorable Susan R. Bolton.

By:  s/ Kelly Dourlein