UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of the Allied Corporation; Plan Administrator of the Pension Plan for Salaried Employees of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics,<br><br>　　　　　　Defendants. | No. 2:10-cv-01618-PHX-SRB<br><br>**ORDER** |

　　　The Court having considered the parties' Joint Motion and Stipulation to Seal Certain Exhibits, and for good cause shown,

　　　**IT IS ORDERED** the Motion is **GRANTED** and documents Bates labeled TGF0424-432 and D0038968 shall be sealed by the Clerk. (Doc. 217)

　　　Dated this 14th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge