IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Honeywell Pension and Savings Plan; )<br>Honeywell, Inc., a Delaware corporation; )<br>Honeywell Retirement Earnings Plan; )<br>Honeywell Secured Benefit Plan;  Bendix )<br>Salaried Plan; King Radio Plan; Plan )<br>Administrator for the Honeywell Pension and )<br>Savings Plan; Plan Administrator for the )<br>Honeywell Retirement Earnings Plan; Plan )<br>Administrator for the Honeywell Secured )<br>Benefit Plan; Plan Administrator for the )<br>Bendix Salaried Plan; Plan Administrator for )<br>the King Radio Plan, )<br>)<br>Defendants. )<br>)<br>) | Case No.:  CV-10-01618-PHX-SRB<br><br>**ORDER** |

The Court has considered Plaintiff's Motion to Exceed the Page Limit on Plaintiff's Motion for Summary Judgment and Defendants' Response.

IT IS ORDERED denying Plaintiff's Motion to Exceed the Page Limit on Plaintiff's Motion for Summary Judgment.  The parties stipulated to briefs not to exceed 20 pages two months ago.  Defendants filed its motion within the stipulated page limit of 20 pages.  Plaintiff must do the same.  (Doc. 224)

1   IT IS FURTHER ORDERED that Plaintiff file his Motion for Summary Judgment
2   within the 20 page limit within 7 days of the date of this Order.

Dated this 14th day of August, 2013.

_____
Susan R. Bolton
United States District Judge