David B. Rosenbaum, 009819
Dawn L. Dauphine, 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793
(602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com

Attorneys for Defendants
(Additional counsel for Defendants appear on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>　　　　　　Plaintiff,<br><br>  vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics,<br><br>　　　　　　Defendants. | No.  2:10-cv-01618-DJH<br><br>**NOTICE OF DEPOSITION OF<br>IAN H. ALTMAN** |

　　　PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, through their counsel, will take the deposition of Ian. H. Altman at Osborn Maledon, P.A., 2929 North Central Avenue, 21st Floor, Phoenix, AZ 85012-2793 on November 18, 2014 at 9:30 a.m. before a person authorized to administer oaths.

1  The deposition will be continued from day to day until completed or otherwise adjourned.

2  This examination shall be recorded by stenographic means and it may be videotaped.

3      DATED this 23rd day of September, 2014.

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ  85012-2793

Myron D. Rumeld (*Pro Hac Vice*)
Amy Covert (*Pro Hac Vice*)
Russell L. Hirschhorn (*Pro Hac Vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299

Howard Shapiro (*Pro Hac Vice*)
PROSKAUER ROSE LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA  70130-6146

**Attorneys for Defendants**

By: /s/ David B. Rosenbaum
    David B. Rosenbaum

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2014, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

    s/ Kelly Dourlein