1

2

**TOD F. SCHLEIER, ESQ. #004612**
**BRADLEY H. SCHLEIER, ESQ. #011696**
**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
tod@schleierlaw.com
brad@schleierlaw.com

3

4

5

6

7

8

**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

9

10

11

12

13

Attorneys for Plaintiff

14

UNITED STATES DISTRICT COURT

15

DISTRICT OF ARIZONA

16

17

18

19

20

21

| | |
|---|---|
| Thomas G. Frazier, a married man, | ) |
| Plaintiff, | ) No. CV-10-01618-PHX-DJH |
| v. | ) |
| Honeywell International, Inc., et. al., | ) **STIPULATION AND JOINT** |
| Defendants. | ) **REQUEST TO AMEND** |
| | ) **SCHEDULING ORDER** |

22

23

24

25

The parties in the above-captioned matter, through their respective counsel of record, hereby move jointly as follows:

26

27

28

WHEREAS, the Court's most recent Scheduling Order entered on September 22, 2014 (Doc. 288) provided for the Parties to continue to engage in good faith efforts to

resolve Defendants' objections to Plaintiff's additional discovery requests and that on or before November 7, 2014 they would either:  (i) reach agreement on an approach to responding to Plaintiff's additional discovery requests and present a further request to the Court to amend the Scheduling Order to extend the remaining deadlines for completion of the outstanding discovery and dispositive motions; or (ii) call the Court for assistance in resolving any disputes concerning the Scheduling Order and/or Plaintiff's additional discovery requests (the "Discovery Dispute Concerning Plaintiff's Additional Discovery Requests");

WHEREAS, the Court's most recent Scheduling Order also vacated all deadlines, except adjusted the previously set deadlines for the service of expert reports and expert depositions;

WHEREAS, the Parties have completed the exchange of expert reports;

WHEREAS, Defendants filed a Motion to Decertify the Classes (Doc. 273) and briefing on that motion is complete;

WHEREAS, the Parties have renewed their efforts to determine whether the action is capable of amicable resolution and have scheduled a two-day mediation for November 24, 2014 and November 25, 2014;

WHEREAS, the Parties have agreed that the Court should stay adjudication of Defendants Motion to Decertify the Classes (Doc. 273) while the Parties participate in mediation;

WHEREAS, the Parties have agreed that in the event they are unable to resolve amicably the action, the Parties will resolve the Discovery Dispute Concerning Plaintiff's

Additional Discovery Requests and submit a joint stipulation that requests:  (a) the Court to lift the stay on adjudication of  Defendants' Motion to Decertify; and (b) an Amended Scheduling Order that schedules the completion of discovery and dispositive motions, or the Parties will call the Court for assistance, no later than December 15, 2014;

WHEREAS, the Parties have agreed that in the event the Parties are unable to resolve the action amicably, the expert depositions will take place and be concluded on or before January 30, 2015;

NOW THEREFORE, the Parties stipulate and respectfully request that the Court enter an order setting the following deadlines, vacating deadlines pending submission of a stipulation or resolution by the Court on the remaining deadlines, and amending the Scheduling Order as follows:

| | |
|---|---|
| Deadline for parties to submit joint stipulation that requests:  (a) the Court to rule on Defendants' Motion to Decertify, and (b) an Amended Scheduling Order that schedules the completion of discovery and dispositive motions and/or to call Court to present dispute concerning Plaintiff's additional discovery requests and/or proposed Amended Scheduling Order | December 15, 2014 |
| Completion of all expert witness depositions | January 30, 2015 |

Respectfully submitted this 15th day of October, 2014.

**MARTIN & BONNETT, P.L.L.C.**

By:  s/Susan Martin
Susan Martin
Jennifer L. Kroll

3

1850 N. Central Ave. Suite 2010
Phoenix, AZ 85004
(602) 240-6900

Bradley H. Schleier
SCHLEIER LAW OFFICES, P.C.
3101 North Central Avenue, Suite 1090
Phoenix, Arizona 85012
(602) 277-0157

Attorneys for Plaintiff

**PROSKAUER ROSE LLP**

By: s/ Howard Shapiro (*with permission)*

Howard Shapiro (admitted *pro hac vice*)
Robert Rachal (admitted *pro hac vice*)
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA 70130-6146

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793

Myron D. Rumeld (admitted *pro hac vice*)
Amy Covert (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299

**Attorneys for Defendants**

1

**CERTIFICATE OF SERVICE**

2

3

4

I hereby certify that on October 15, 2014, I electronically filed the foregoing with the Clerk's Office using the CM/ECF System which shall send notification of the electronic filing to the following CM/ ECF registrants:

5

6

7

David B. Rosenbaum
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2794

8

9

10

11

12

Amy Covert (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Russell L. Hirschhorn (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299

13

14

15

Howard Shapiro (admitted *pro hac vice*)
Robert Rachal (admitted *pro hac vice*)
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130-6146

16

17

Attorneys for Defendants

18

s/ T. Mahabir

19

20

21

22

23

24

25

26

27

28