IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>Plaintiff,<br><br>v.<br><br>Honeywell International, Inc., et. al.,<br><br>Defendants. | Case No.: CV 10-01618-PHX-DJH<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation and Joint Request to Amend Scheduling Order, and for good cause appearing,

IT IS HEREBY ORDERED THAT the parties' stipulation is granted and that the Rule 16 Scheduling Order dated September 22, 2014 (Doc. 288) is amended as follows:

| | |
|---|---|
| Deadline for parties to submit joint stipulation that requests: (a) the Court to lift the stay on adjudication of Defendants' Motion to Decertify, and (b) an Amended Scheduling Order that schedules the completion of discovery and dispositive motions and/or to call Court to present dispute concerning Plaintiff's additional discovery requests and/or proposed Amended Scheduling Order | December 15, 2014 |
| Completion of all expert witness depositions | January 30, 2015 |