**SUSAN MARTIN #014226**
**JENNIFER KROLL #019859**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

**SCHLEIER LAW OFFICES, P.C.**
**TOD F. SCHLEIER, ESQ.  #004612**
**BRADLEY H. SCHLEIER, ESQ.  #011696**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250
Email: tod@schleierlaw.com
Email: brad@schleierlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man,<br><br>                    Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Salaried Employees Pension Plan of Allied Corporation; Salaried Employees Pension Plan of AlliedSignal, Inc.; Salaried Employees Pension Plan of the Bendix Corporation; Pension Plan for Salaried Employees of General Aviation Avionics; Plan Administrator of the Honeywell Retirement Earnings Plan; Plan Administrator of the Salaried Employees Pension Plan of Allied Corporation; Plan Administrator of the Salaried Employees Pension Plan of the Bendix Corporation; Plan Administrator of the Pension Plan for Salaried Employees of General Aviation Avionics,<br><br>                    Defendants. | **No. 2:10-cv-01618-DJH**<br><br>**MOTION TO EXCEED THE PAGE LIMIT ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff hereby moves to exceed the page limit on Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

The proposed settlement is an extensive and detailed agreement for settlement of complex ERISA claims. Additional pages are necessary to fully apprise the Court of the details of the proposed settlement and address the criteria for preliminary approval. Accordingly, Plaintiff respectfully requests permission to exceed the page limitation by an additional 6 pages for a total of 23 pages.

Respectfully submitted this 8th day of April, 2015.

MARTIN & BONNETT, P.L.L.C
By: s/Susan Martin
Susan Martin
Jennifer L. Kroll
1850 N. Central Ave. Suite 2010
Phoenix, AZ 85004

Tod F. Schleier, Esq.
Bradley H. Schleier, Esq.
SCHLEIER LAW OFFICES, P.C.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

Howard Shapiro
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

Amy Covert
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

s/T. Mahabir