# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier,<br><br>    Plaintiff,<br><br>v.<br><br>Honeywell Retirement Earnings Plan, et al.,<br><br>    Defendants. | No. CV-10-01618-PHX-DJH<br><br>**ORDER** |

This matter is before this Court on Plaintiff's Motion to Exceed the Page Limit on Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Doc. 310). With good cause shown,

**IT IS ORDERED** granting the motion (Doc. 310) and permitting Plaintiff's Motion for Preliminary Approval of Class Action Settlement to exceed the page limit by 6 pages for a total of 23 pages, exclusive of the cover and certificate of service.

Dated this 9th day of April, 2015.

*/s/ Diane J. Humetewa*
Honorable Diane J. Humetewa
United States District Judge