IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas G. Frazier, a married man, <br><br> Plaintiff, <br><br> v. <br><br> Honeywell Pension and Savings Plan; Honeywell, Inc., a Delaware corporation; Honeywell Retirement Earnings Plan; Honeywell Secured Benefit Plan; Bendix Salaried Plan; King Radio Plan; Plan Administrator for the Honeywell Pension and Savings Plan; Plan Administrator for the Honeywell Retirement Earnings Plan; Plan Administrator for the Honeywell Secured Benefit Plan; Plan Administrator for the Bendix Salaried Plan; Plan Administrator for the King Radio Plan, <br><br> Defendants. | Case No.: CV 10-01618-PHX-DJH <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED THE PAGE LIMITATION ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

THIS MATTER COMING before this Court on Plaintiff's Motion to Exceed the Page Limitation on Plaintiff's Motion for Final Approval of Class Action Settlement Agreement and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Exceed Page Limitation on Plaintiff's Motion for Final Approval of Class Action Settlement Agreement of Class Action Settlement is granted and Plaintiff is permitted to exceed the page limitation by 6 pages for a total of 23 pages exclusive of the cover and certificate of service.